SCANNED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Dariusz Dziadkiewicz and Carl G. Durden, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

vs.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

C.A. NO. 96-275S

STATE OF RHODE ISLAND

SUPERIOR COURT

PROVIDENCE, S.C.

Kerrigan Hanoian, Joseph Triangolo, and Terrence J. Kane, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

v.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

CASE NO. 96-2579

# Affidavit of Compliance: Trust Account for Donation Fund

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Wood R. Foster, Jr., being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys for the conditionally certified settlement classes in the captioned matter.

2. This Affidavit is made in compliance with paragraph 6.2.1 of the conditionally approved Plan of Distribution, which provides as follows:

> The $50,000 contribution to the Donation Fund described in paragraph 14 of the Stipulation shall be held in an interest bearing account separate from the Settlement Fund, which escrow account may be Class Counsel's trust or client account (hereafter, "Trust Account"). Class Counsel shall serve and file an affidavit of compliance with this requirement within thirty (30) days of the creation of the Settlement Fund. Thereafter, Class Counsel shall provide appropriate accounting(s) of the Trust Account.

3. Attached to this Affidavit is a true and correct copy of a statement from U.S. Bank for an account designated "Blue Cross Settlement Trust Account – Wood R. Foster, Jr. Agent – Charitable Savings," into which I deposited $50,000 of the settlement fund on or about May 20, 2005.

4. It is my intention to maintain this account as a separate account until the donation fund is completely distributed pursuant to the Plan of Distribution.

FURTHER AFFIANT SAITH NAUGHT

Wood R. Foster, Jr.

Subscribed and sworn to before me
this 1st day of June, 2005.

Heidi S. Furlong
Notary Public

HEIDI S. FURLONG
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

37-HSF-6/1/05-20370\002

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the attached Affidavit of Compliance: Trust Account for Donation Fund was mailed on this 1st day of June, 2005 to:

Ms. Melissa Darigan
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903-7120

Heidi S. Furlong

usbank.
Five Star Service Guaranteed

P.O. Box 1800
Saint Paul, Minnesota 55101-0800
02795 TRN 6514S8XP Y ST01

**Business Stateme**
Account Numb

Statement Peric
May 20, 20
throu
May 24, 20

Page 1 o

BLUE CROSS SETTLEMENT TRUST ACCOUNT
WOOD R FOSTER JR AGENT
CHARITABLE SAVINGS
100 WASHINGTON AVE S STE 1350
MINNEAPOLIS MN 55401-2110

*To Contact U.S. Ba*

| | |
|---|---|
| *24-Hour Business Solutions: Minneapolis/St. Paul Metro Area:* | *1-800-673-35* |
| *TDD:* | *1-800-685-50* |
| *Internet:* | *usbank.cc* |

## NEWS FOR YOU

The U.S. Bank Visa® Gift Card is an ideal way to recognize your employees. Give the Visa Gift Card for incentives, rewards, bonuses and holiday gifts.

Would you like to receive your bank statement almost a week earlier? U.S. Bank Internet Banking lets you go online to view statements, check images, deposit slips, and more - quickly, conveniently, and for FREE! Stay closer to your money and your business with U.S. Bank Internet Banking. Go to usbank.com today and follow the easy enrollment steps for Internet Banking, or contact your Relationship Manager for more information.

## INFORMATION YOU SHOULD KNOW

Leverage your cash flow and your time by financing your next equipment lease with U.S. Bank. Our easy, streamlined process is designed to keep your small business moving forward. We offer fast approvals, flexible lease options, customized payment terms and 100% financing. For more information, please contact your Relationship Manager.

## BASIC BUSINESS SAVINGS *Member F*

**Account Number**
**U.S. Bank National Association**

**Account Summary**

| | # Items | | | | | |
|---|---|---|---|---|---|---|
| Beginning Balance on May 20 | | $ | 0.00 | Annual Percentage Yield Earned | | 0.1 |
| Other Deposits | 2 | | 50,001.02 | Interest Earned this Period | $ | 1.( |
| | | | | Interest Paid this Year | $ | 1.( |
| Ending Balance on May 24, 2005 | | $ | 50,001.02 | Number of Days in Statement Period | | |

**Other Deposits**

| *Date* | *Description of Transaction* | *Ref Number* | | *Amou* |
|---|---|---|---|---|
| May 20 | Addition | 6941893985 | $ | 50,000.( |
| May 24 | Interest Paid | 2400020834 | | [illegible] |
| | **Total Other Deposits** | | $ | 50,001.( |