May 5, 2005

Wood R. Foster, Jr.
Siegel, Brill, Greupner, Duffy &
Foster, P.A.
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401

Dear Mr. Foster:

I am writing this letter stating that I object with the Blue Cross Class Action Settlement. I received a notice indicating that my subscription (#[redacted] with the following indications:

| | |
|---|---|
| Category 1 Amt: | 123.43 |
| Category 2 Amt: | 75.04 |
| Total Before Pro-Rating: | 198.47 |
| Est'd Initial Distribution Amt: | 156.71 |
| Est'd Secondary Damages: | 41.77 |

According to my understanding of this settlement, the individual's pro-rated estimates are significantly less than my acceptance. I, therefore, propose the following as acceptable in this class action suit.

| | |
|---|---|
| Category 1 Amt: | 123.43 |
| Category 2 Amt: | 75.04 |
| Total Before Pro-Rating: | 198.47 |

I would be willing to accept the following:

| | |
|---|---|
| Est'd Initial Distribution Amt: | 178.62 |
| Est'd Secondary Damages: | 208.85 |

Total due for settlement 387.47

Sincerely yours,

Kevin D. Quinn

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND (CASE NO. 96-275S)
– *AND* – SUPERIOR COURT FOR PROVIDENCE COUNTY (CASE NO. PB96-2579)

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

***Important:***
***You can download a large-print version of this Notice at <u>www.RIBlueCrossSettlement.com</u>. You may request a mailed large-print version by calling 1-888-337-5906***

***Aviso:*** ***Este es un documento legal. Es importante que ud. lo traduzca. Se puede encontrar este documento en espanol en el internet (<u>www.RIBlueCrossSettlement.com</u>).***

To:

Kevin Quinn
[redacted]
Wakefield RI 02879-2802

**Your Personalized Settlement Information**

1. **Subscriber No.:** [redacted]
2. **Category 1 Amt:** $123.43
3. **Category 2 Amt:** $75.04
4. **Total Before Pro-rating:** $198.47
5. **Est'd Init. Dist. Amt.:** $156.71
6. **Est'd Sec. Damage Amt:** $41.77

**FOR SUMMARY EXPLANATION, SEE QUESTION 1 BELOW.**
**For detailed explanation, see www.riblueCrosssettlement.com.**

**...ad this Notice carefully. It is an explanation of a proposed class action settlement against Blue Cross & ...ue Shield of Rhode Island ("RI Blue Cross") THAT WILL RESULT IN A CASH DISTRIBUTION TO YOU.**