LAW OFFICES

SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.

1300 WASHINGTON SQUARE
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401
TELEPHONE (612) 337-6100
FACSIMILE (612) 339-6591
E-MAIL ADDRESS: woodfoster@SBGDF.com

JOSIAH E. BRILL, JR.
JAMES R. GREUPNER
GERALD S. DUFFY
WOOD R. FOSTER, JR.
THOMAS H. GOODMAN
JOHN S. WATSON
WM. CHRISTOPHER PENWELL
ANTHONY J. GLEEKEL
SHERRI L. ROHLF
JORDAN M. LEWIS*
BRIAN E. WEISBERG
STEVEN J. WEINTRAUT
M. GREGORY SIMPSON
JAMES A. YAROSH

MICHAEL J. VIOLA
JERRIE M. HAYES
MARK THIEROFF
BREANNA L. YOUNG

*1845 WALNUT STREET
24TH FLOOR
PHILADELPHIA, PA 19103
(215) 814-9322
FAX (215) 814-9323

May 12, 2005

20370-FL-003

Mr. Kevin D. Quinn
[redacted]
Wakefield, RI 02879-2802

**Re: Rhode Island Blue Cross Class Action Settlement**

Dear Mr. Quinn:

This letter acknowledges receipt of your objection to the proposed Blue Cross class action settlement.

It is important that you understand that an objection to a proposed class action settlement constitutes a request that the courts disapprove the settlement altogether, not that they change it in one minor particular or another.

Your objection appears to be based on your own estimate of your personal secondary damage amount, which is, as letter rather clearly shows, significantly higher than the actual estimated secondary damage amount reflected by the Blue Cross claims history.

As class counsel, I am not at liberty to negotiate individual amounts with individual class members; indeed, one of the criteria for approval of a class action settlement is that it be fair to all concerned, and that it be non-discriminatory. Accordingly, I cannot arbitrarily increase or decrease any particular class member's proposed distribution amount, since they are all driven by formula.

Nonetheless, your objection and our response will be presented to the Courts at the Fairness Hearing. You are certainly entitled to attend the Fairness Hearing in support of your objection (or to have an attorney attend on your behalf) if you wish.

Very truly yours,

Wood R. Foster, Jr.

WRF/hsf