May 6, 2005

Wood R. Foster Jr.
Siegel, Brill, Greupner, Duffy, Foster, P.A.
1300 Washington Square
100 Washington Avenue South
Minneapolis MN 55401

I Tara Lyn Hurley, object to the settlement of Case No. 96-275S.
I object because I am receiving none of the settlement.
I suffer from Von Willerbrands disease, my blood has difficulty clotting. I had my four wisdom teeth removed because they were impacted. Before and after getting them removed, I had to get transfusions of DDAVP, (a synthetic blood clotting agent) at RI Hospital. I also needed to take another oral medication for the stitches in my mouth. It was $1200 a bottle. I was prescribed a half a bottle a day for 5 days. This medication was not covered under SCRIPT. I only could take one half of a bottle and stretch it over the 5 days.

I ended up getting one dry socket and one abscess, and that may have been avoided if I took the prescribed oral medication. Believe me, that was a lot of pain and suffering.

Please contact me, if I need a lawyer to represent my interest, I will get one.

Sincerely

Tara Lyn Hurley

Tara Lyn Hurley
[redacted]
Pawtucket RI 02860
(401)256-2890