LAW OFFICES

SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.

1300 WASHINGTON SQUARE
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401
TELEPHONE (612) 337-6100
FACSIMILE (612) 339-6591
E-MAIL ADDRESS: woodfoster@SBGDF.com

JOSIAH E. BRILL, JR.
JAMES R. GREUPNER
GERALD S. DUFFY
WOOD R. FOSTER, JR.
THOMAS H. GOODMAN
JOHN S. WATSON
WM. CHRISTOPHER PENWELL
ANTHONY J. GLEEKEL
SHERRI L. ROHLF
JORDAN M. LEWIS*
BRIAN C. WEISBERG
STEVEN J. WEINTRAUT
M. GREGORY SIMPSON
JAMES A. YAROSH

MICHAEL J. VIOLA
JERRIE M. HAYES
MARK THIEROFF
BREANNA L. YOUNG

*1045 WALNUT STREET
24TH FLOOR
PHILADELPHIA, PA 19103
(215) 814-9322
FAX (215) 814-9323

May 10, 2005

20370-FL-002

Ms. Tara Lyn Hurley
[redacted]
Pawtucket, RI 20860

**Re: Rhode Island Blue Cross Class Action Settlement**

Dear Ms. Hurley:

This letter will acknowledge receipt of your objection to the settlement in this case. I am responding in particular to the last sentence of your letter, which implicitly asks our advice as to whether you need to hire a lawyer.

The short answer to your question is that, while you are not required to have a lawyer to represent your interests, you are permitted to have one. The lawyers for the class cannot represent you, because you are objecting to the settlement that was approved by the lawyers. We would therefore have a conflict of interest if we were to give you legal advice.

Given the circumstances of your objection, it might be a good idea for you to contact a lawyer, *but you are not required to do so.* If you choose to retain an attorney, and he calls me, I will be happy to try to explain to him the reasons why you are not one of the 116,000 present and former Rhode Island Blue Cross subscribers who will receive money from this settlement. However, you should know that we do not presently have access to your personal claim history. We can request one if you or your lawyer provides us with a full authorization to do so.

Very truly yours,

Wood R. Foster, Jr.

WRF/hsf
cc: Melissa Darigan