[redacted]
Cranston, Rhode Island 02921
May 18, 2005

To Whom It May Concern:

I am writing this letter in regard to the class action suit against Blue Cross and Blue Shield of Rhode Island. I am objecting to the proposed settlement I am to receive because I was in a divorce during the period the settlement covers. I paid all of the medical payments for myself and my sons Jonathan Silva and Michael Silva. I was spending on average at least $3000 - $4000 a year. It seems impossible that my expected refund would be only $23.20. I am assuming that my refund is being allocated to my ex-husband Frederick w. Silva.

I have the court documents and checks to prove that I have paid all of the bills. I am not sure who is responsible to correct this matter but I am bringing the information to you so that you may resolve this issue.

If you need any documentation please feel free to contact me.

Sincerely,

Cherylann (Silva) Leaver
[redacted]
401-360-1023 work
401-946-5345