5 . 4 . 05

To Whom it May Concern;

Please accept this letter as my objection to a settlement offered by Blue Cross. I would like to know exactly when and to whom I overpayed. I want 100% of the amount owed me

[signature]

[redacted]

Greene, R.I. 02827

# [redacted]

5-19-05

To Whom it May Concern,

I am writing to objet to the settlement with BlueCross. Having always paid my bills in full, I feel that a partial payment to me by Blue Cross is unfair. I'd like, also, to know where those figures come from in an itemized list.

Marie E Messier
[redacted]
Greene, RI 02827
Subscriber # [redacted]

UNITED STATES DISTRICT COURT [illegible] OF RHODE ISLAND [illegible] NO. 96 275S
AND SUPERIOR COURT FOR PROVIDENCE COUNTY (CASE NO. PB96 2579)

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

***Important:***
*You can download a large-print version of this Notice at www.RIBlueCrossSettlement.com. You may request a mailed large-print version by calling 1-888-337-5906*

***Aviso:*** *Este es un documento legal. Es importante que ud. lo traduzca. Se puede encontrar este documento en espanol en el internet (www.RIBlueCrossSettlement.com).*

Norman Messier
[redacted]
Greene RI 02827-1605

**Your Personalized Settlement Information**

1. **Subscriber No.:** [redacted]
2. **Category 1 Amt:** $0.00
3. **Category 2 Amt:** $379.37
4. **Total Before Pro-rating:** $379.37
5. **Est'd Init. Dist. Amt.:** $168.23
6. **Est'd Sec. Damage Amt:** $211.14

FOR SUMMARY EXPLANATION, SEE QUESTION 1 BELOW.
For detailed explanation, see www.riblucrosssettlement.com.