May 20. 2005

To Whom It May Concern.

I, Catherine K Morissette, a member in Blue Cross of RI object to the settlement case 96-2753 PB 96-2579 against Blue Cross of R.I.

I object because Blue Cross compromised and I feel they did so to save money. The Class Members including myself need a settlement that is fair, reasonable and adequate.

Thank you very much.

Mrs. Catherine K Morissette

[redacted]

W. Warwick

RI 02893

Blue Cross # [redacted]