June 1, 2005

Re: Class action settlement objection:

The courts should not favor or approve of this settlement. All it would do is put more money, that is rightfully ours, back into the pockets of Blue Cross/Blue Shield of Rhode Island.

We should all be reimbursed for the co-payments for our prescriptions that were suppose to be a no charge item for cancer medications.

This amount they want to give me from this settlement is a down and out shame ($40.13). Enclosed you will find a print out from Brooks Maxi Drug #69 for the total amount I paid for the medication. I was overcharged a total of $1307.43.

I started on the medication on early 1999. This was for pre-chemo and then in August of 1999, I went on Tamoxifen. At the time I didn't know that all scripts were to be totally covered by Blue Cross/Blue Shield of Rhode Island.

At first I was paying $15.00 for 30 pills. After a few months it went up to $25.00 for 30 pills. In July of 2004 I was told that I had been overcharged and should have paid nothing because I had full coverage for cancer treatment and would be reimbursed for all overcharges and my script for Tamoxifen dropped down to $7.00 for 30 pills.

In 2004 I called Blue Cross/Blue Shield of Rhode Island and was told I would get my money at later date. I am still waiting. Now I receive this notice saying that because of this class action I will only get $40.13. What happened to the other $1267.00? I totally believe that we should get back what we were illegally charged for.

The only reason I can see being denied is that said company needs it to pay big bonuses to the head honchos. If the said head honchos do not need to pay back the bonuses they received then we should be reimbursed for what is due us.

It is not fair for the little people to be denied at the expense of the big wigs and the share holders.

Thank you,

Isabelle M. Vuocolo

Isabelle M. Vuocolo
[redacted]
Warwick RI 02889
(401)-737-6892