LAW OFFICES

SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.

1300 WASHINGTON SQUARE
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401
TELEPHONE (612) 337-6100
FACSIMILE (612) 339-6591
E-MAIL ADDRESS: woodfoster@SBGDF.com

JOSIAH E. BRILL, JR.
JAMES R. GREUPNER
GERALD S. DUFFY
WOOD R. FOSTER, JR.
THOMAS H. GOODMAN
JOHN S. WATSON
WM. CHRISTOPHER PENWELL
ANTHONY J. GLEEKEL
SHERRI L. ROHLF
JORDAN M. LEWIS*
BRIAN E. WEISBERG
STEVEN J. WEINTRAUT
M. GREGORY SIMPSON
JAMES A. YAROSH

MICHAEL J. VIOLA
JERRIE M. HAYES
MARK THIEROFF
BREANNA L. YOUNG

*1845 WALNUT STREET
24TH FLOOR
PHILADELPHIA, PA 19103
(215) 814-9322
FAX (215) 814-9323

June 20, 2005

20370-FL-003

Ms. Isabelle M. Vuocolo
[redacted]
Warwick, RI 02889

**Re: Your Objection to Class Action Settlement**

Dear Ms. Vuocolo:

We have received your June 1 objection to the Rhode Island Blue Cross class action settlement.

While we will treat your letter as an objection, and will address it in a brief to the Court (a copy of which will be sent to you), I am writing to suggest to you that it might make sense for you to withdraw the objection for a couple of reasons.

First, while a portion of the class action settlement does involve copayments on drugs (as well as other services), the program that is the primary subject of the lawsuit is "SCRIP," a prescription drug coverage program that was phased out almost completely by 1999, which is when your dispute with Rhode Island Blue appears to have begun. Most of the SCRIP claims included in the settlement are for the years 1990-1994. In SCRIP, there is no language that allows for reimbursement of drug copays if the drugs are for cancer treatment.

Second, the *nature* of the claims concerning drug copayment that were the subject of this class action settlement had to do with specific language in the SCRIP subscriber contract (used in the early 1990s) that does not relate to the problems described in the correspondence attached to your objection. As I understand your letter, you believe your Blue Cross plan should pay 100% for cancer medication. This is a type of coverage that is not involved in the case that has been settled.

I would like to take the liberty of suggesting that you call my co-counsel, Peter Wasylyk (tel. 401-486-6895), a Providence attorney, to describe your situation in more detail to him. He might be able to help you with your specific complaint, and I am hopeful that he can explain to you why your dispute with Rhode Island Blue Cross is not really an "objection" to the class action

settlement as a whole. He will also explain that your claims are of a type that are not released by this settlement. Your claims are simply independent of the case that settled.

In any event, if you wish to be heard on your objection, please refer to the Notice for the time and location of the Fairness Hearing in this case, which will be held at the United States Courthouse in Providence on Friday, July 15.

Very truly yours,

Wood R. Foster, Jr.

WRF/hsf

cc: Peter Wasylyk (via facsimile, w/enclosures)
Melissa Darigan (via facsimile)