Mary Cipriano
[redacted]
Pawtucket, RI 02860

Wood R. Foster, Siegal, Brill, Greupner, Duffy & Foster, P.A.
1300 Washington Square
100 Washington South Avenue
Minneapolis, MN 55401

Dear Wood R. Foster, Siegal, Brill, Greupner, Duffy & Foster, P.A.:

I am writing to object to the proposed Blue Cross Class Action Settlement. Blue Cross has continually over-charged me on my prescription medication and medical co-pays for the past few years. I have documentation of all my corrospondences with Blue Cross regarding payments made.

I have been protected under the Rhode Island Disabilities Act, and should have been paying the lowest co-payment for my prescription drugs, regardless of the class they fall under. For instance, I have been charged the highest co-pays on my Tegretol and Tranxene. Their generic forms do not work on me, so I am only able to take the name brand.

There have been many times that I have found discrepancies with my medical bills. I have had to fight with Blue Cross, just to have them pay their part. For these reasons, I believe I am entitled to much more than $45.36. Blue Cross has unjustly taken much more than that amount from me throughout the years.

Thank you for giving me the opportunity to express my opinion regarding this matter.

Sincerely,

M Cipriano

Mary Cipriano
Enclosures (4)

Blue Cross & Blue Shield of Rhode Island
Physician Reviewer
[redacted]
Attn: Dawn (Service Rep.)
Supervisor: Sandra Izzo
Forward: Grievance Committee
For APPEAL
Fax: 401-459-2006

May 27, 2005
Mary Cipriano
[redacted]
Pawtucket, RI 02860
Telephone: 401-728-2721

Physician: Dr. Thomas Morgan
54 Jefferson Blvd
Warwick, RI 02888
Telephone: 401-467-7720
Fax: 401-467-4550

Human Rights Committee
180 Westminster Street
Providence, RI 02904
Telephone: 401-222-2661
Fax: 401-222-2616

CARE NEW ENGLAND OF RI.
INSURANCE# [redacted]

On October 30, 2004, I sent my paper work to Blue Cross Blue Shield, PharaCare, and Dr. Thomas Morgan; to resubmit my paper work for authorization and approval for the year 2005, before my 2004 yearly authorization expirers on my prescription medications. Which, have to be sent yearly in order to receive the "Brand" name medications at the lowest co-pay; due to the generics medication don't work for me for my medical condition?

I did follow up and call Blue Cross Blue Shield up to find out about my status of my medication co-pays, due to I was paying a $30.00 co-pay now, and was awaiting my paper work from BCBS confirming my authorization , and to be reimbursement of being over charged on these medication like last year.

On March 27, 2005, I finely was able to talk with Dawn a (Customer Service Rep.), which looked into the issue. That day, she informed me that the Care New England Health Insurance plan changed with our new Insurance Card Number of # [redacted] Nor, Blue Cross Blue Shield or Care New England informed us of any changes made to provisions on our health insurance policy that covers the SIMIS Act.

I am send along my memo from Blue Cross Blue Shield sent me on 11/19/2004 stating that, I would receive these accommodations "with no needs in renewing the accommodations every year; that it would automatically kick in every year".

Which, my co-pays should have been rolled over in the year 2005 still at $15.00. If just the co-pays just went up on our new policies, then I could see being charged$20.00 co-pay. This is my appeal letter; I am sending you this to rectify this issue to provide my provisions, and to continue to receive medications at the lowest co-pay.

Hoping you can clear up this issue, and would appreciate any assistance you could provide in helping me settle this matter.

Sincerely,

Mary Cipriano

Blue Cross Blue Shield of Rhode Island

BlueCHiP Coordinated Health Partners

11/19/2004

Ms. Mary Cipriano
126 Prentice Avenue
Pawtucket, RI 02860

Member ID: [redacted]
Date of Level 1 Complaint: 05-NOV-04
Case No: 41119000017

Dear Ms. Cipriano:

Blue Cross & Blue Shield of Rhode Island (BCBSRI) and Coordinated Health Partners, Inc. (BlueCHiP) has reviewed your Level 1 complaint. The issue was regarding your prescription copayment for non-preferred drugs.

Your prescription policy has a $5.00 copayment for generic drugs, a $15.00 copayment for brand name drugs, and a $30.00 copayment for non-preferred drugs. Your policy, however, does offer a medical review process to reduce the copayment amount on non-preferred drugs. If you fill a non-preferred medication and are charged a brand name copayment, simultaneous notification letters are generated to both you and your physician outlining three options. During the 60 day period, the physician may change your non-preferred medication to an equivalent, medically-appropriate preferred drug; the physician may request a medical review by contacting PharmaCare; or your physician may keep you on the existing medication and a higher copayment will be applied.

Please note that once you receive authorization to get a medication at the lower copayment, the authorization will remain in effect until you have a plan change in which your prescription benefits change. You do not need to renew the authorization every year. Any new medications that you receive that are non-preferred will require a medical review. The filling of any new medication will automatically trigger the above-stated process. If you would like to request further review of this case, you can file a Level 2 complaint.

If you have any questions concerning your complaint, please call the Grievance and Appeals Unit at (401) 459-5500 or 1-800-528-4141. A case number has been assigned to your complaint and is listed above. To make your call easier, please reference this case number when calling.

Sincerely,

*Denise Trainor*

Denise Trainor
Grievance & Appeal Coordinator
Grievance and Appeals Unit

October 30, 2004
PharmaCare
[redacted]
Lincoln, RI 02865

Mary Cipriano
[redacted]
Pawtucket, RI 02860

Blue Cross & Blue Shield of Rhode Island
Attn: Physician Reviewer
[redacted]

Physician: Dr. Thomas Morgan
[redacted]
Warwick, RI 02888
Telephone: 401-467-7720
Fax: 401-467-4550

Dear Providers,

I am writing you this letter, before my yearly authorazion expires on my prescription medication. To avoid any problems like last year, they have to be sent in yearly by my doctors. For the two last years, I have been receiving my medication at the lowest co-pay to may conditions, by Dr. Thomas Morgan.

I am sending this letter to my physician, Blue Cross & Blue, and PharmaCare. So, there will be "No problems" receiving my listed medications at the lowest co-pay, due to the reason, and will be authorized and updated for this coming Year. I will be faxing them the three people above also, so there will be no misunderstanding.

If you reviewed all of my medical records on file, and Blue Cross Blue Shield you would see the extensive medical testing and hospital stay that I encountered for the pass 2 years totaling over $15,000.00 to be provide proper medication to treat me. Along, with this current year, I have been going under more medication adjustments, because of becoming sick again. Causing me to stay out of work for two months.

Dr. Thomas Morgan sends out all my paper work on Tranzene, Tregrtol, because the he gernics of these pills don't work on me for my seizures, and should continue to receive them at the lowest co-pay of $15.00. Also, Lexapro, Buspar, Benicar, Adderral, and now trying clonrazepam are for treating; (panic attacks, anxiety,) ADD, compulsive disorder, and nervous condition.

Which fall under mental illness they also be given to me at the lowest co-pay. It's hard enough to take all these medication daily, and to have conflict with Blue Cross & Phara-Care would just add to my problems.

Dr. Morgan and Dr. Gallo had to be very careful on prescribing my medication, due to the side effects of taking a total of 8-prescription option being taken. Which include, Lexapro, Buspur, Benicar, Tegretal, Tranzene, Adderall XR, and now adding clonrazepam? Due to the extensive testing and medical treatment I received from Dr .Morgan and Dr. Gallo carefully monitors all my medication, which is a lot of work for them, and to make them work for me just to try to live.

Instead of PharmaCare & Blue Cross making changes in medications and raising co-pays to profit on people's hardship not due to their fault. PharmaCare & Blue Cross should be looking out for there best interest.

People suffering from disabilities and their medications they have to take to provide proper treatment. PharmaCare & Blue Cross should be looking out for people's well being. This is why the R.I. Federal Disabilities Act made Laws protecting people suffering from Seizures, ADHD, (Panic, Anxiety), and (Depression, Obsessive disorders) which falls under "Mental Illness."

PharmaCare & Blue Cross should be making the accommodations for people with Disabilities, to

provide any medication given to treat these Disabilities at the lowest co-pay to provide provisions. Since my doctors and myself have taken the time to respond to your letter, but hoping you will make sure that I still receive my prescribed medication at the lowest co-pay.

Sincerely yours,

Mary G. Cipriano

Dec 06, 2004
PharmaCare & Blue Cross
[redacted]
Lincoln, RI 02865
RE: Blue Cross & Blue Shield of Rhode Island
[redacted]
Physician Reviewer

Mary Cipriano
[redacted]
Pawtucket, RI 02860

Physician: Dr. Thomas Morgan

To Whom it Concerns,

I am writing you this letter to you due to I just received two more letters about my prescription medications that I take. Last year I received the same letter on my medication of Tranxene the letter stated that my physician would be notified that you wanted to change my medication from Tranxene to Clorazipane and had 30 days to respond to PharmCare on this. My medications were changed over before that deadline. Then Dr. Thomas Morgan had never received notice on any change on this prescription, and had to make a new prescription out for Tranxene the brand. Not only the medication was changed, but also you changed my co-pay from $15.00 to $30.00. Not only my medication but also my co-pay should have never been changed. I am requesting you to correct this error on PharmaCare part. To change back my co-pay on my Tranxene to what I was paying which was $15.00co-pay.

If you reviewed all of my medical records on file, and Blue Cross Blue Shield you would see the extensive medical testing and hospital stay that I had to encountered for the pass 2 years totaling over $15,000.00 to be provide proper medication to treat me. Now that I know now on my 6 months visits I will make sure Dr. Thomas Morgan send the nessecary forms to make sure that my medications co-charge will not change. I was just make aware that it needs to be renewed every year. I will forward this letter to him to clear up the change in my Blue Cross and Pharmacare co-pays. PharmaCare's and Blue Cross needs to now that the medications of Tegretol and Tranzene the brand names are the only medication that works on my seizures. Along with my prescription of Lexapro and Adderall which needs to stay, the same due to this medication can be taken with my other 2 medications that treat my ADD, and Benicar is to treat my high blood pressure.

Dr. Morgan and Dr. Gallo had to be very careful on prescribing my medication due to the side effects of taking a total of 5-prescription option being taken. Which include Lexapro and Adderall XR. Due to the extensive testing and medical treatment I received from Dr.Morgan and Dr. Gallo to adjust all my medication to work properly and they are.

Instead of PharmaCare and Blue Cross making changes in medications and raising co-pays to profit on people's hardship not due to their fault. PharmaCare and Blue Cross should be looking out for there best interest.

People suffering from disabilities and their medications they have to take to provide proper treatment. PharmaCare and Blue Cross should be looking out for people's well being. This is why the R.I. Federal Disabilities Act made Laws protecting people suffering from Seizures, ADD, Panic, Anxiety, and Depression, which falls under Mental Illness. PharmaCare and Blue Cross should be making the accommodations for people with Disabilities to provide any medication given to treat these Disabilities at the lowest co-pay to provide provisions. Since my doctors and myself have taken the time to respond to your letter, but hoping you will make sure that I still receive my prescribed medication at the lowest co-pay.

Sincerely yours,

Mary G. Cipriano

May 1st, 2003
PharmaCare
[redacted]
Lincoln, RI 02865
RE: Blue Cross & Blue Shield of Rhode Island
[redacted]
Physician Reviewer

Mary Cipriano
[redacted]
Pawtucket, RI 02860

Physician: Dr. Thomas Morgan

Dear Stephanie Krausz,

I am writing you this letter to you due to I just received two more letters about my prescription medications that I take. Last year I received the same letter on my medication of Tranxene the letter stated that my physician would be notified that you wanted to change my medication from Tranxene to Clorazipane and had 30 days to respond to PharmCare on this. My medications were changed over before that deadline. Then Dr. Thomas Morgan had never received notice on any change on this prescription, and had to make a new prescription out for Tranxene the brand. Not only the medication was changed, but also you changed my co-pay from $15.00 to $30.00. Not only my medication but also my co-pay should have never been changed. I am requesting you to correct this error on PharmaCare part. To change back my co-pay on my Tranxene to what I was paying which was $15.00co-pay.

If you reviewed all of my medical records on file, and Blue Cross Blue Shield you would see the extensive medical testing and hospital stay that I had to encountered for the pass 2 years totaling over $15,000.00 to be provide proper medication to treat me. Now that these 2 letters have arrived I forward them to my doctors and they were informed by me on PharmaCare's intentions on my medication of Tegretol which is the only medication that works on my seizures besides Tranxene. Along with my prescription of Benicar, which needs to stay, the same due to this medication can be taken with my other 2 medications that treat my seizures.

Dr. Morgan and Dr. Gallo had to be very careful on prescribing my medication due to the side effects of taking a total of 5-prescription option being taken. Which include Lexapro and Adderall XR. Due to the extensive testing and medical treatment I received from Dr.Morgan and Dr. Gallo to adjust all my medication to work properly and they are.

Instead of PharmaCare making changes in medications and raising co-pays to profit on people's hardship not due to their fault. PharmaCare should be looking out for there best interest.

People suffering from disabilities and their medications they have to take to provide proper treatment. PharmaCare should be looking out for people's well being. This is why the R.I. Federal Disabilities Act made Laws protecting people suffering from Seizures, ADHD, Panic, Anziety, and Depression, which falls under Mental Illness. PharmaCare should be making the accommodations for people with Disabilities to provide any medication given to treat these Disabilities at the lowest co-pay to provide provisions. Since my doctors and myself have taken the time to respond to your letter, but hoping you will make sure that I still receive my prescribed medication at the lowest co-pay.

Sincerely yours,

Mary G. Cipriano