UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Dariusz Dziadkiewicz and Carl G. Durden, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

vs.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

C.A. NO. 96-275S

STATE OF RHODE ISLAND

PROVIDENCE, S.C.

SUPERIOR COURT

Kerrigan Hanoian, Joseph Triangolo, and Terrence J. Kane, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

v.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

CASE NO. 96-2579

# AFFIDAVIT OF HEIDI FURLONG

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Heidi Furlong, being first duly sworn on oath, deposes and states as follows:

1. I am a secretary at the law firm of Siegel, Brill, Greupner, Duffy & Foster, P.A.

2. I created and have maintained a website for Class Members at "www.RIBlueCrossSettlement.com." The website contains the relevant documents required by the Plan of Distribution. The website also contains an online change of address form for Class Members.

3. I forwarded the printed website information to everyone whose name was given to me by Matt Duffy.

4. To the best of my knowledge, Matt Duffy entered all change of address information that he received by the toll-free line (www.RIBlueCrossSettlement.com). The change of address information has also been downloaded from the website and contains 455 records. This information will be forwarded to Richard Goldstein, who will update the class member mailing lists before they are sent to the third-party vendor responsible for mailing checks.

FURTHER AFFIANT SAITH NAUGHT

Heidi Furlong
Heidi Furlong

Subscribed and sworn to before me
this 6th day of July, 2005.

Mary K. Flahavan
Notary Public

MARY K. FLAHAVAN
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

37-HSF-7/6/05-20370\002