UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Dariusz Dziadkiewicz and Carl G. Durden, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

vs.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

C.A. NO. 96-275S

STATE OF RHODE ISLAND

PROVIDENCE, S.C.

SUPERIOR COURT

Kerrigan Hanoian, Joseph Triangolo, and Terrence J. Kane, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

v.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

CASE NO. 96-2579

# Affidavit of Ann Lockhart Watson

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Ann Lockhart Watson, being first duly sworn on oath, deposes and states as follows:

1. I am a legal assistant in the law firm of Siegel, Brill, Greupner, Duffy & Foster, P.A. I have had the responsibility of administering certain portions of the settlement as required by the Plan of Distribution in the above-referenced matters.

2. Plaintiffs contracted with Alaniz, LLC to print and mail the Class Notices as indicated in the Alaniz pricing sheet, production plan and invoice attached to this affidavit as **Exhibit 1**. I had the responsibility of working with Alaniz to ensure that Notices were mailed in accordance with the Plan.

3. Plaintiffs' counsel submitted to Alaniz templates for Class Notices that are consistent with approved notices attached to the Stipulation of Settlement as Exhibit C. From those templates, Alaniz prepared the two forms of mailed Notice – one for Class Members receiving a distribution from the settlement fund and the other for Class Members receiving no distribution. Examples of the Class Notices as finally prepared by Alaniz appear in **Exhibit 2**.

4. The names, addresses, subscriber numbers and damage amounts to be inserted in the Class Notices were provided to Alaniz by plaintiffs' expert, Dr. Richard Goldstein. A letter dated April 8, 2005 from Dr. Richard Goldstein to Alaniz describes the four data files that were developed and provide to Alaniz. See **Exhibit 3**.

5. After receiving this data, Alaniz arranged to have the data processed through the National Change of Address (NCOA) database. Through this process, addresses were updated for over 8,000 Class Members as indicated in the NCOA summary that appears at **Exhibit 4**.

6. At the conclusion of this process, Alaniz printed and mailed, on April 22, 2005, 216,152 notices to Class Members – 116,142 to Class Members receiving a distribution and 99,968 to Class Members receiving no distribution. See Postage Report and Statements in **Exhibit 5**.

7. I arranged for the Summary Notice (in the format provided for in Exhibit D to the Plan of Distribution of Settlement) to be published in the Rhode Island newspapers listed in the Plan of Distribution. The Notice provided to Rhode Island newspapers for publication is attached as **Exhibit 6**.

8. As required by the Plan, the primary published notice appeared in the *Providence Journal* and the *Providence Sunday Journal* on Sunday, May 1, 2005, and Monday, May 2, 2005, as a quarter-page ad. See Affidavit of Publication and copy of Notice at **Exhibit 7**.

9. Additional notices were published in the smaller regional Rhode Island newspapers per the requirements of the Plan of Distribution as follows:

| | |
|---|---|
| Barrington Times | Wednesday May 4, 2005 |
| Block Island Times | Saturday, April 20, 2005 |
| Bristol Phoenix | Thursday May 5, 2005 |
| Chariho Times | Thursday May 5, 2005 |
| Coventry Courier | Friday May 6,2005 |
| Cranston Herald | Thursday May 5, 2005 |
| Cumberland/ Lincoln Valley Breeze | Thursday May 5, 2005 |
| East Greenwich Pendulum | Thursday May 5, 2005 |
| East Providence Post | Thursday May 5, 2005 |
| Greenville Observer | Thursday May 5, 2005 |
| Johnston Sun Rise | Thursday May 5, 2005 |
| Kent County Daily Times | Saturday, April 20, 2005 |
| N. Kingston Standard – Times | Thursday May 5, 2005 |
| N. Providence Northstar | Thursday May 5, 2005 |
| N. Smithfield/ Woonsocket Valley Breeze | Thursday May 5, 2005 |
| Naragansett Times | Friday May 6,2005 |
| Newport Daily News | Saturday, April 20, 2005 |
| Newport This Week | Thursday May 5, 2005 |
| North East Independent | Thursday, May 5, 2005 |
| Pawtucket Times | Saturday, April 30, 2005 |
| Providence Business News | Monday, May 2, 2005 |
| Sakonnet Times | Thursday May 5, 2005 |
| Sommerset Spectator | Wednesday May 4, 2005 |
| Warren Times Gazette | Wednesday May 4, 2005 |
| Warwick Beacon | Thursday May 5, 2005 |

| | |
|---|---|
| South County Independent | Thursday, May 5, 2005 |
| Westerly Sun | Sunday, May 1, 2005 |
| Woonsocket Call | Sunday, May 1, 2005 |

10. The Notice was also published in regional newspapers not listed in the Plan of Distribution because it was more economical to pay the group rate to have publication in all newspapers that are a part of the Rhode Island Newspaper Group (RING) rather than contract separately with each RING newspaper listed in the Plan. These additional newspapers and their dates of publication are:

| | |
|---|---|
| Chariho Times | Thursday, May 5, 2005 |
| Cumberland/Lincoln Valley Breeze | Thursday, May 5, 2005 |
| East Providence Post | Thursday, May 5, 2005 |
| Greenville Observer | Thursday, May 5, 2005 |
| Johnston Sun Rise | Thursday, May 5, 2005 |
| North Kingston Standard – Times | Thursday, May 5, 2005 |
| North Providence Northstar | Thursday, May 5, 2005 |
| North Smithfield/Woonsocket Valley Breeze | Thursday, May 5, 2005 |
| Sommerset Spectator | Wednesday, May 4, 2005 |
| Warren Times Gazette | Wednesday, May 4, 2005 |

11. I was not able to arrange for the publication of the Notice in one small newspaper listed in the Plan of Distribution, the *Jamestown Eagle*. My multiple attempts to contact this newspaper by traditional mail and email were never answered.

12. In addition to overseeing the mailing and publication of the Notices, I arranged to have the Notices and accompanying Judicial Memorandum translated into Spanish. These Spanish translations appear at www.RIBlueCrossSettlement.com, and have been available to be sent to any person requesting a Spanish translation. These translated documents are attached as **Exhibit 8**.

FURTHER AFFIANT SAITH NAUGHT

Ann Lockhart Watson

Ann Lockhart Watson

Subscribed and sworn to before me
this 6th day of July, 2005.

Mary K. Flahavan
Notary Public

MARY K. FLAHAVAN
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

37-HSF-7/6/05-20370\002