Alaniz LLC
imagination ▪ innovation ▪ creation

Phone: 319-385-7259
Fax: 319-385-2825
425 N Iris St.
PO Box 799
Mt. Pleasant. IA 52641

| | | | |
|---|---|---|---|
| **CLIENT** | SBGDF Law Firm | **CONTACT** | Wood Foster |
| **ADDRESS** | | **MAIL DATE** | ASAP |
| | | **ALANIZ Q#** | 11232 |
| | | **DATE** | 3/24/2005 |
| **MAILER** | TBD | **SALES REP** | Bill McKim |
| **PROJECT** | Rhode Island Blue Cross class notice mailing - Version #4 & #5. | | |

**PACKAGE FORMAT & DESCRIPTION**

**VERSION #4**

**PRICE PER THOUSAND @:** **116,000**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CARRIER** | #10, (4-1/8 x 9-1/2), prints 1/0 jet on 24# white wove. Poly on face window: 1-1/8 x 4-1/2, L=7/8, B=5/8. | $ 23.28 | | | | | | |
| **LEGAL NOTICE** | 8-1/2 x 14, prints 1/1 on 60# white offset. Simplex personalization on the front. Double parallel fold for inserting. | $ 38.22 | | | | | | |
| **MEMORANDUM** | 8-1/2 x 11, prints 1/0 on 60# white offset. Fold in thirds for inserting. No personalization. (Same print as Version #5) | $ 16.75 | | | | | | |
| **NCOA** | National Change of Address. | $ 1.50 | | | | | | |
| **DP/IMAGING** | Covert data, CASS Certify, presort standard. Programming Laser set-up & sign-off. | $ 1.50 | | | | | | |
| **MAIL SHOP:** | Insert 2: Legal notice & Memorandum. Seal, sort and mail by indicia from post office 52641. | $ 20.00 | | | | | | |
| | **TOTAL** | $ 101.25 | $ - | $ - | $ - | $ - | $ - | $ - |

**VERSION #5**

**PRICE PER THOUSAND @:** **100,000**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CARRIER** | #10, (4-1/8 x 9-1/2), prints 1/0 jet on 24# white wove. No window. | $ 17.90 | | | | | | |
| **LEGAL NOTICE** | 8-1/2 x 14, prints 1/1 on 60# white offset. Double parallel fold for inserting. | $ 23.50 | | | | | | |
| **MEMORANDUM** | 8-1/2 x 11, prints 1/0 on 60# white offset. Fold in thirds for inserting. No personalization. (Same print as Version #5) | $ 16.75 | | | | | | |
| **NCOA** | National Change of Address. | $ 1.50 | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **DP/IMAGING** | Covert data, CASS Certify, presort standard. Programming Laser set-up & sign-off. | $ 1.50 | | | | | | |
| **MAIL SHOP:** | Inkjet address on the Carrier. Insert 2: Legal notice & Memorandum. Seal, sort and mail by indicia from post office 52641. | $ 28.30 | | | | | | |
| | **TOTAL** | $ 89.45 | $ - | $ - | $ - | $ - | $ - | $ - |

• BMC/SCF sorting and handling of client mail: $2.75/M plus all associated BMC/SCF freight costs to be billed separately 2 weeks after mail date.

• If Carrier Routes are included in the data file, there will be a surcharge of $5.00/M for the Carrier Route portion.

• Estimates are based on a local drop and do not include shipping charges or postage.

• Package Samples: Alaniz will supply 50 samples per package version. Additional samples will be $35 for every additional 50 samples.

• Quotation will be honored for 30 days from date quote was issued and may be adjusted to reflect the availability and cost of materials quoted.

• Custom Programming Services: $75.00 per hour. One-hour minimum.
• Pricing is subject to review based upon receipt of actual live sample/material. Payment terms pending credit review.
• Materials purchased in the client's behalf by Alaniz LLC will be billed when the client's order is entered and acknowledged.
• Client supplied tapes will be needed 4 - 6 weeks prior to mail date.
• Data tapes must be supplied in upper/lower casing. If not, the tapes will be upper/lower cased. When tapes are supplied with multiple postal tiers or rates on one tape reel, file markers must be present or tapes must be split.

**ARTWORK**

• Supplied artwork should be run ready.
• Artwork Media: CD, DVD, Zip (100MB), 3.5" Disk (1.4MB), Stuffit (MAC), Zip (PC), FTP & E-mail.
• Artwork Software: QuarkXpress 6, Photoshop 8, Illustrator 11, InDesign 3, Acrobat 6.0.
• Graphic Files: .tif, eps. or DCS recommended. RGB, .jpg, .gif, or bmp. Accepted.
• Client supplied material will be cartoned packed, not bulk, for Quality Control and proper distribution to manufacturing. Repacking requirements will be billed at $35.00 per hour plus packing materials.
• Alaniz LLC as a gratis service, will seed names into client mailings to monitor quality, accuracy and timeliness.
• Any alterations to above specifications should be resubmitted for re-quote or may necessitate customer change orders and additional charges.
• In all cases where additional charges will be incurred, Alaniz LLC will notify the client of the necessity for these additional charges or request alternate provisions from the client.

**Available DP Services Include**: Data Conversion, Address Standardization/CASS Certification, Upper/Lower Casing, NCOA Processing, Deceased File, Processing, Merge/Purge Processing, DMA Pander File, Suppression, Populate List Codes and Perform Package Splits, Salutation Creation, Gift Arrays, Append Salt Names, Merge/Purge Reporting, Scan line Creation.

# ALANIZ, LLC

## Production Plan

Client: **SBGDF Law Firm**

Mailer: **Rhode Island Blue Cross**

Quantity: **216,000** Number of Inserts: **2** Mail Date: **4/22/2005**

Postage: ☐ Stamp ☐ Meter ☑ Indicia ☐ External Component

| | |
|---|---|
| **3/25/2005** | Digital Art |
| **3/30/2005** | Print proof to client |
| **4/1/2005** | Print proof approval from client |
| **4/6/2005** | Imaging/Address instructions from client |
| **4/6/2005** | Data |
| **4/6/2005** | Insert instructions from client |
| **4/11/2005** | Client supplied material |
| **4/12/2005** | Laser image proof to client |
| **4/13/2005** | Laser image approval from client |
| **4/13/2005** | Insert proof to client for approval |
| **4/14/2005** | Lettershop insert approval from client |
| **4/20/2005** | Postage (indicia) |
| | Postage (stamp or meter) |

Special production notes:

**Alaniz, LLC**
425 N. Iris Street
Mt. Pleasant, IA 52641

Telephone: (319) 385-7259 Fax: (319) 385-2825

**REMIT TO:**
**P.O BOX 799**
**425 N. Iris St.**
**Mt. Pleasant, IA 52641-0799**

# INVOICE



DATE: 04/25/2005 NO: 0007577-IN

SOLD TO: 00-0002670

Rhode Island Blue Cross
c/o Siegel, Brill, Greupner,
Duffy & Foster, P. A.
1300 Washington Square
Minneapolis MN 55401

Attn: **Ann Watson**

SHIPPED TO:

Mt Pleasant Post Office
Mount Pleasant, IA 52641

| JOB DESCRIPTION | CUSTOMER PO# | TERMS |
|---|---|---|
| Rhode Island Blue Cross | | NET 30 DAYS |

| JOB NO. | | QUOTE | SALESMAN/CSR |
|---|---|---|---|
| 0008912 | | Q #11232 | HOUSE/M WILLIAMS |

| QUANTITY | DESCRIPTION | PRICE PER M | TOTAL AMOUNT |
|---|---|---|---|
| | SERVICES RENDERED BY ALANIZ, LLC WERE: | | |
| | Version #4 | | |
| 116,500 | 4 1/8" x 9 1/2" Carrier envelope printed 1/0 jet on 24# white wove. Window measures 1 1/8" x 4 1/2", L = 7/8" x B = 5/8. Poly patched on face. | 23.28 | 2,712.12 |
| 116,250 | 8 1/2" x 14" Legal Notice printed 1/1 on 60# white offset | 38.22 | 4,443.08 |
| 116,165 | Variable laser image letter simplex. | | |
| 116,165 | Double parallel fold personalized legal notice, head out. | | |
| 116,250 | 8 1/2" x 11" Memorandum printed 1/0 on 60# white offset. | 16.75 | 1,947.19 |
| 116,250 | Fold memorandum in thirds, head out. | | |
| 116,165.0 | National change of address. | 1.50 | 174.25 |
| 116,165.0 | Convert, CASS certify and preseort client data. | 1.50 | 174.25 |
| 116,165 | Lettershop services include inserting personalized legal notice and memorandum into carrier. Seal, sort and tray for delivery to Post Office 52641. | 20.00 | 2,323.30 |
| | Version #5 | | |
| 100,000 | 4 1/8" x 9 1/2" Carrier printed 1/0 jet on 24# white wove. No window | 17.90 | 1,790.00 |
| 100,000 | 8 1/2" x 14" Legal Notice printed 1/1 on 60# white offset. | 23.50 | 2,350.00 |
| 100,000 | Double parallel fold legal notice, head out. | | |
| 100,250 | 8 1/2" x 11" Memorandum printed 1/0 on 60# white offset. | 16.75 | 1,679.19 |
| 100,250 | Fold memorandum in thirds, head out. | | |
| 99,987.0 | National change of address. | 1.50 | 149.98 |
| 99,987.0 | Convert, CASS certify and presort client data. | 1.50 | 149.98 |
| 99,987 | Scitex image closed face carrier w/outgoing name, address and barcode. | | |
| 99,987 | Lettershop services include inserting legal notice and memorandum into carrier. Sea, sort and tray for delivery to Post Office 52641. | 28.30 | 2,829.63 |

This order is considered binding when copy of confirmation is signed and returned to seller prior to start of production. Failure to acknowledge this confirmation signifies all terms and conditions are accepted.
This order is subject to all terms and conditions specified above and on reverse side.

**Alaniz, LLC**
425 N. Iris Street
Mt. Pleasant, IA 52641
Telephone: (319) 385-7259 Fax: (319) 385-2825

**REMIT TO:**
**P.O BOX 799**
**425 N. Iris St.**
**Mt. Pleasant, IA 52641-0799**

# INVOICE



DATE: 04/25/2005 NO: 0007577-IN

SOLD TO: 00-0002670

Rhode Island Blue Cross
c/o Siegel, Brill, Greupner,
Duffy & Foster, P. A.
1300 Washington Square
Minneapolis MN 55401

Attn: **Ann Watson**

SHIPPED TO:

Mt Pleasant Post Office
Mount Pleasant, IA 52641

| JOB DESCRIPTION | CUSTOMER PO# | TERMS |
|---|---|---|
| Rhode Island Blue Cross | | NET 30 DAYS |

| JOB NO | | QUOTE | SALESMAN/CSR |
|---|---|---|---|
| 0008912 | | Q #11232 | HOUSE/M WILLIAMS |

| QUANTITY | DESCRIPTION | PRICE PER M | TOTAL AMOUNT |
|---|---|---|---|
| | MAIL DATE: 4-22-05 QTY | | |
| | 116,142 Lot 1 Version #4 TOBEPDUS (US) | | |
| | 23 Lot 2 Version #4 TOBEPD - Foreign | | |
| | 99,968 Lot 3 Version #5 Notice (US) | | |
| | 19 Lot 4 Version #5 Notice - Foreign | | |
| | POSTAL FORMS ARE ENCLOSED | | |
| | THANK YOU FOR CHOOSING ALANIZ. | | |
| | | Net Invoice: | 20,722.97 |
| | | Sales Tax: | 0.00 |
| | | Invoice Total: | 20,722.97 |

This order is considered binding when copy of confirmation is signed and returned to seller prior to start of production. Failure to acknowledge this confirmation signifies all terms and conditions are accepted.
This order is subject to all terms and conditions specified above and on reverse side.