***Richard Goldstein, Ph.D.***
37 Kirkwood Road
Brighton, MA 02135-5112
(617) 782-0807
Fax: (617) 783-3195
richgold@ix.netcom.com

8 April 2005

Mark Williams
Alaniz LLC
425 N Iris St.
Mt. Pleasant, Iowa 52641

Re: Rhode Island Blue Cross (your project # 8912)

Dear Mr. Williams:

Enclosed is a CD for RI Blue Cross. The CD has 4 files, each with the extension ".txt": noticeforeign (7 fields), noticeus (9 fields), tobepdforeign (12 fields) and tobepdus (14 fields). The differences between the "foreign" files and the "us" files has to do with the number of address fields. The differences between the "notice" files and the "tobepd" files is the presence of 5 dollar fields. All files are in ASCII, tab-delimited, with double quotation marks surrounding character fields. The first line of each file has the names of the fields; the number of lines in each file, including the line of field names, is shown below; the fields for each files are as follows:

noticeforeign (20 lines):
1. first (First name)
2. last (Last name)
3. address1 (First address line)
4. address2 (Second address line)
5. address3 (Third address line)
6. address4 (Fourth address line)
7. openid (RI Blue Cross subscriber number)

noticeus (99,982 lines):
1. first (First name)
2. last (Last name)
3. address1 (First address line)
4. address2 (Second address line)
5. address3 (Third address line)
6. city (City)

7. state (State)
8. zip (5 character zip code)
9. openid (RI Blue Cross subscriber number)

tobepdforeign (24 lines):
1. first (First name)
2. last (last name)
3. address1 (First address line)
4. address2 (Second address line)
5. address3 (Third address line)
6. address4 (Fourth address line)
7. openid (RI Blue Cross subscriber number)
8. cat1amt (Category 1 amount)
9. cat2amtraw (category 2 amount before prorating)
10. sum12raw (Sum of the preceding two amounts)
11. initial (Estimated initial distribution amount)
12. secondary (Estimated secondary damage amount)

tobepdus (116,159 lines):
1. first (First name)
2. last (Last name)
3. address1 (First address line)
4. address2 (Second address line)
5. address3 (Third address line)
6. city (City)
7. state (State)
8. zip (5 character zip code)
9. openid (RI Blue Cross subscriber number)
10. cat1amt (Category 1 amount)
11. cat2amtraw (Category 2 amount before prorating)
12. sum12raw (Sum of the preceding two amounts)
13. initial (Estimated initial distribution amount)
14. secondary (Estimated secondary damage amount)

Note that while everyone line has an address1 field, the other address fields may be blank in any given case (in which case they are represented as two double quotation marks with no space in between.

Please do not hesitate to contact me if you have any questions about these files.

Regards,

Richard Goldstein

cc (w/out enclosure): Wood Foster