Mover ID Summary ACE 7.51c
NCOALink Processing Summary Report Mover ID 2.0

---

Job Information ---

Job Name: E:\DATA\AANDJ\176990\R8912P01.ace
Job Description: Move18 for Alaniz LLC
Job Owner: Move18

Mover ID Auto-Update: No
Match Logic: S - Standard (Business, Individual, and Family)

Service Provider Type: LIMITED Mode (Data Returned): C - COA
Processing Category: NORMAL COA Data Months: 18
Broker/Agent Involved: No List Admin Involved: Yes
Mail Classification: O Standard Output: Y
Pre-Processes: N Post-Processes: N
Concurrent Processes: N

NCOALink Processing Completed: 20050412
NCOALink Log File Path: \\LCU\E\MoverID\Link18
List Name: ** LIST NAME
Processes Used to Prepare List: NCOALink, eLOT, DPV, and CASS

Customer & USPS Licensee Information

---

Licensee ID: LBBD
Licensee Name: MAILNET SERVICES, INC.
List Owner SIC: 541110
Customer ID: QVIAD2
Customer Company Name: SIEGEL, BRILL, GREUPNER, DUFF
Customer PAF ID: LBBD54111099QVIAD2
Date List Received: 20050412
Date List Returned: 20050412

Input File ---

Input File Name:
E:\DATA\AANDJ\176990\R8912P01.DBF

Total Input Records: 216139
Less Records Dropped by Delete Mark: 0
Less Records Dropped by Input Filter: 0
Less Records Up-To-Date Per Z4 Change: 0
Net Input Records to be Processed: 216139
→ Total Number of NCOALink Matches: 8861
Total Number of NCOALink Return Codes: 216139
→ Total Moves not DPV confirmable: 327
NCOALink Match Percentage: 4.10

NCOALink Return Code Percentage: 100.00



Mover ID Summary ACE 7.51c
NCOALink Processing Summary Report Mover ID 2.0

---

Statistics (based on pre-move addresses) ----------------------------------------

Delivery Point Validation Summary (DPV)

| Confirmed | Records | % | Not Confirmed | Records | % |
|---|---|---|---|---|---|
| Confirmed | 201405 | 93.18 | Primary Not Confirmed | 5795 | 2.68 |
| CMRA Confirmed | 70 | 0.03 | Secondary Not Conf. | 5631 | 2.61 |
| | | | Secondary Missing | 3238 | 1.50 |
| Total Confirmed: | 201475 | 93.22 | Total Not Confirmed: | 14664 | 6.78 |

| Address Type Summary | Records | % |
|---|---|---|
| Street | 187744 | 86.86 |
| PO Box | 9880 | 4.57 |
| High Rise | 15487 | 7.17 |
| Rural Route | 71 | 0.03 |
| Firm | 55 | 0.03 |
| General Delivery | 13 | 0.01 |
| Military | 0 | 0.00 |
| Unique | 64 | 0.03 |
| Total Zip+4 Codes: | 213314 | 98.69 |

Statistics (based on move-updated addresses) ----------------------------------

| Forwardable Moves | Records | % |
|---|---|---|
| Individual | 4875 | 2.26 |
| Family | 3302 | 1.53 |
| Business | 9 | 0.00 |
| Total Moves: | 8186 | 3.79 |

| Address Type Summary | Records | % | Assignment Summary | Records | % |
|---|---|---|---|---|---|
| Street | 186673 | 86.37 | LACS Convertible | 340 | 0.16 |
| PO Box | 10264 | 4.75 | Addr Level Geo Codes | 0 | 0.00 |
| High Rise | 16139 | 7.47 | Centroid Geo Codes | 0 | 0.00 |
| Rural Route | 78 | 0.04 | TaxIQ Codes | 0 | 0.00 |
| Firm | 54 | 0.02 | RDI Matches | 0 | 0.00 |
| General Delivery | 16 | 0.01 | | | |

| | | |
|---|---|---|
| Military | 0 | 0.00 |
| Unique | 64 | 0.03 |
| Total Zip+4 Codes: | 213288 | 98.68 |



Mover ID Summary ACE 7.51c
NCOALink Processing Summary Report Mover ID 2.0

CASS Qualitative Statistical Summary (QSS)

| | Records | % | | Records | % |
|---|---|---|---|---|---|
| High Rise Default | 8394 | 3.88 | Rural Route Default | 30 | 0.01 |
| High Rise Exact | 11958 | 5.53 | Rural Route Exact | 48 | 0.02 |
| EWS Match | 0 | 0.00 | LACS Convertible | 340 | 0.16 |
| DPV Confirmed | 201408 | 93.18 | RDI | 0 | 0.00 |

Delivery Point Validation Summary (DPV)

| Confirmed | Records | % | Not Confirmed | Records | % |
|---|---|---|---|---|---|
| Confirmed | 201336 | 93.15 | Primary Not Confirmed | 5803 | 2.68 |
| CMRA Confirmed | 72 | 0.03 | Secondary Not Conf. | 5682 | 2.63 |
| | | | Secondary Missing | 3220 | 1.49 |
| Total Confirmed: | 201408 | 93.18 | Total Not Confirmed: | 14705 | 6.80 |

| Return Code Summary | Records | % |
|---|---|---|
| New Address Provided by NCOALink | | |
| A - COA Match | 7735 | 3.58 |
| 91 - COA Match: Secondary Number dropped from COA | 364 | 0.17 |
| 92 - COA Match: Secondary Number Dropped from input address | 95 | 0.04 |
| Found COA | | |
| 01 - Foreign Move | 11 | 0.01 |
| 02 - Moved Left No Address (MLNA) | 297 | 0.14 |
| 03 - Box Closed No Order (BCNO) | 87 | 0.04 |
| 05 - New 11-digit DPBC is Ambiguous | 39 | 0.02 |
| 14 - New Address Would Not Convert at Run Time | 77 | 0.04 |
| 19 - New Address not ZIP+4 coded | 156 | 0.07 |
| Cannot Match COA | | |
| 00 - No Match | 206567 | 95.57 |
| 04 - Street Address with Secondary | 229 | 0.11 |
| 06 - Conflicting Directions: Middle Name Related | 0 | 0.00 |
| 07 - Conflicting Directions: Gender Related | 0 | 0.00 |
| 08 - Other Conflicting Instructions | 0 | 0.00 |

| | | |
|---|---|---|
| 09 - High-rise Default | 9 | 0.00 |
| 10 - Rural Default | 0 | 0.00 |
| 11 - Individual Match: Insufficient COA Name for Match | 0 | 0.00 |
| 12 - Middle Name Test Failed | 0 | 0.00 |
| 13 - Gender Test Failed | 9 | 0.00 |
| 15 - Individual Name Insufficient | 3 | 0.00 |
| 16 - Secondary Number Discrepancy | 160 | 0.07 |
| 17 - Other Insufficient Name | 1 | 0.00 |
| 18 - General Delivery | 0 | 0.00 |
| 20 - Conflicting Directions after re-chaining | 0 | 0.00 |
| From "Daily Delete" Process | | |
| 66 - Input Address appears in Daily Delete suppression file | 300 | 0.14 |
| Total Return Codes: | 216139 | 100.00 |



Mover ID Summary ACE 7.51c

NCOALink Processing Summary Report Mover ID 2.0

Move Update Summary Per File

File Name: E:\DATA\AANDJ\176990\Move18.dbf

Filter: n/a

Records Passed by Filter: 216139

Statistics (based on pre-move addresses)

Delivery Point Validation Summary (DPV)

| Confirmed | Records | % | Not Confirmed | Records | % |
|---|---|---|---|---|---|
| Confirmed | 201405 | 93.18 | Primary Not Confirmed | 5795 | 2.68 |
| CMRA Confirmed | 70 | 0.03 | Secondary Not Conf. | 5631 | 2.61 |
| | | | Secondary Missing | 3238 | 1.50 |
| Total Confirmed: | 201475 | 93.22 | Total Not Confirmed: | 14664 | 6.78 |

| Address Type Summary | Records | % |
|---|---|---|
| Street | 187744 | 86.86 |
| PO Box | 9880 | 4.57 |
| High Rise | 15487 | 7.17 |
| Rural Route | 71 | 0.03 |
| Firm | 55 | 0.03 |
| General Delivery | 13 | 0.01 |
| Military | 0 | 0.00 |
| Unique | 64 | 0.03 |
| Total Zip+4 Codes: | 213314 | 98.69 |

Statistics (based on move-updated addresses) --------------------------------

| Forwardable Moves | Records | % |
|---|---|---|
| Individual | 4875 | 2.26 |
| Family | 3302 | 1.53 |
| Business | 9 | 0.00 |
| Total Moves: | 8186 | 3.79 |

| Address Type Summary | Records | % | Assignment Summary | Records | % |
|---|---|---|---|---|---|
| Street | 186673 | 86.37 | LACS Convertible | 340 | 0.16 |
| PO Box | 10264 | 4.75 | Addr Level Geo Codes | 0 | 0.00 |
| High Rise | 16139 | 7.47 | Centroid Geo Codes | 0 | 0.00 |
| Rural Route | 78 | 0.04 | TaxIQ Codes | 0 | 0.00 |
| Firm | 54 | 0.02 | RDI Matches | 0 | 0.00 |
| General Delivery | 16 | 0.01 | | | |
| Military | 0 | 0.00 | | | |
| Unique | 64 | 0.03 | | | |
| Total Zip+4 Codes: | 213288 | 98.68 | | | |



---

CASS Qualitative Statistical Summary (QSS)

| | Records | % | | Records | % |
|---|---|---|---|---|---|
| High Rise Default | 8394 | 3.88 | Rural Route Default | 30 | 0.01 |
| High Rise Exact | 11958 | 5.53 | Rural Route Exact | 48 | 0.02 |
| EWS Match | 0 | 0.00 | LACS Convertible | 340 | 0.16 |
| DPV Confirmed | 201408 | 93.18 | RDI | 0 | 0.00 |

Delivery Point Validation Summary (DPV)

| Confirmed | Records | % | Not Confirmed | Records | % |
|---|---|---|---|---|---|
| Confirmed | 201336 | 93.15 | Primary Not Confirmed | 5803 | 2.68 |
| CMRA Confirmed | 72 | 0.03 | Secondary Not Conf. | 5682 | 2.63 |
| | | | Secondary Missing | 3220 | 1.49 |
| Total Confirmed: | 201408 | 93.18 | Total Not Confirmed: | 14705 | 6.80 |

| Return Code Summary | Records | % |
|---|---|---|

New Address Provided by NCOALink

| | | |
|---|---|---|
| A - COA Match | 7735 | 3.58 |
| 91 - COA Match: Secondary Number dropped from COA | 364 | 0.17 |
| 92 - COA Match: Secondary Number Dropped from input address | 95 | 0.04 |

Found COA

| | | |
|---|---|---|
| 01 - Foreign Move | 11 | 0.01 |
| 02 - Moved Left No Address (MLNA) | 297 | 0.14 |
| 03 - Box Closed No Order (BCNO) | 87 | 0.04 |
| 05 - New 11-digit DPBC is Ambiguous | 39 | 0.02 |
| 14 - New Address Would Not Convert at Run Time | 77 | 0.04 |
| 19 - New Address not ZIP+4 coded | 156 | 0.07 |

Cannot Match COA

| | | |
|---|---|---|
| 00 - No Match | 206567 | 95.57 |
| 04 - Street Address with Secondary | 229 | 0.11 |
| 06 - Conflicting Directions: Middle Name Related | 0 | 0.00 |
| 07 - Conflicting Directions: Gender Related | 0 | 0.00 |
| 08 - Other Conflicting Instructions | 0 | 0.00 |
| 09 - High-rise Default | 9 | 0.00 |
| 10 - Rural Default | 0 | 0.00 |
| 11 - Individual Match: Insufficient COA Name for Match | 0 | 0.00 |
| 12 - Middle Name Test Failed | 0 | 0.00 |
| 13 - Gender Test Failed | 9 | 0.00 |
| 15 - Individual Name Insufficient | 3 | 0.00 |
| 16 - Secondary Number Discrepancy | 160 | 0.07 |
| 17 - Other Insufficient Name | 1 | 0.00 |
| 18 - General Delivery | 0 | 0.00 |
| 20 - Conflicting Directions after re-chaining | 0 | 0.00 |

From "Daily Delete" Process

| | | |
|---|---|---|
| 66 - Input Address appears in Daily Delete suppression file | 300 | 0.14 |

------------------------------------------------------------ ---------- ------

| | | |
|---|---|---|
| Total Return Codes: | 216139 | 100.00 |