| Document Code | Revision | Page of | Topic |
|---|---|---|---|
| 02-008 | 9/26/2003 | 3 3 | POSTAGE REPORT |

# POSTAGE REPORT

| | | | |
|---|---|---|---|
| Job #: | 8912 | | |
| Name | Rhode Island Blue Cross | Date: | 4/12/2005 |
| Client/PO #: | S.B.G.D. & F. | Revision #: | 0 |
| Quantity: | 216,152 AE/CSR: BILL / MARK | Revision Date: | |

| ID | Sort | Pieces | | Rate | Postage | Total per Lot |
|---|---|---|---|---|---|---|
| **Lot 1** | A 5-Digit | 105,647 | | $ 0.1900 | 20,072.9300 | |
| **VERSION #4** | A 3-Digit | 5,404 | | $ 0.2030 | 1,097.0120 | |
| **TOBEPDUS (US)** | AADC | 901 | | $ 0.2120 | 191.0120 | |
| **Lasered Notice** | Mixed AADC | 2,729 | | $ 0.2190 | 597.6510 | |
| | N 3/5 Digit | 1,153 | | $ 0.2480 | 285.9440 | |
| | N Basic | 308 | | $ 0.2680 | 82.5440 | |
| | A CRT | | | $ 0.1710 | - | |
| Mail Date: | E CRT | | | $ 0.1940 | - | |
| **4/22/2005** | | Total | **116,142** | | | **$ 22,327.09** |
| **Lot 2** | A 5-Digit | | | $ 0.1900 | - | |
| **VERSION #4** | A 3-Digit | | | $ 0.2030 | - | |
| **TOBEPD-Foreign** | AADC | | | $ 0.2120 | - | |
| **Lasered Notice** | Mixed AADC | | | $ 0.2190 | - | |
| **1ST CLASS** | N 3/5 Digit | | | $ 0.2480 | - | |
| | N Basic | | | $ 0.2680 | - | |
| | A CRT | | | $ 0.1710 | - | |
| Mail Date: | E CRT | | | $ 0.1940 | - | |
| | " non BMC | | | $ 0.1940 | - | |
| | **Other** | **23** | | **$ 0.8000** | **18.4000** | |
| **4/22/2005** | | Total | **23** | | | **$ 18.40** |
| **Lot 3** | A 5-Digit | 90,463 | | $ 0.1900 | 17,187.9700 | |
| **VERSION #5** | A 3-Digit | 4,779 | | $ 0.2030 | 970.1370 | |
| **NOTICE (US)** | AADC | 643 | | $ 0.2120 | 136.3160 | |
| **Closed Face OE** | Mixed AADC | 2,814 | | $ 0.2190 | 616.2660 | |
| | N 3/5 Digit | 982 | | $ 0.2480 | 243.5360 | |
| | N Basic | 287 | | $ 0.2680 | 76.9160 | |
| | A CRT | | | $ 0.1710 | - | |
| Mail Date: | E CRT | | | $ 0.1940 | - | |
| **4/22/2005** | | Total | **99,968** | | | **$ 19,231.14** |
| **Lot 4** | A 5-Digit | | | $ 0.1900 | - | |
| **VERSION #5** | A 3-Digit | | | $ 0.2030 | - | |
| **NOTICE - Foreign** | AADC | | | $ 0.2120 | - | |
| **Closed Face OE** | Mixed AADC | | | $ 0.2190 | - | |
| **1ST CLASS** | N 3/5 Digit | | | $ 0.2480 | - | |
| | N Basic | | | $ 0.2680 | - | |
| | A CRT | | | $ 0.1710 | - | |
| Mail Date: | E CRT | | | $ 0.1940 | - | |
| | " non BMC | | | $ 0.1940 | - | |
| | **Other** | **19** | | **$ 0.8000** | **15.2000** | |
| **4/22/2005** | | Total | **19** | | | **$ 15.20** |

Copy: Warehouse **TOTAL PIECES** **216,152**

| | |
|---|---|
| **POSTAGE: $** | **41,591.83** |
| **1st Class Mailing Statement:** | **$ 4.50** |
| **TOTAL POSTAGE:** | **$ 41,596.33** |

United States Postal Service

# Postage Statement – Standard Mail Letters and Flats

## Permit Imprint

Post Office Note Mail Arrival Time

For letters subject to the nonmachinable surcharge and pieces subject to the residual shape surcharge, use Form 3602-RS.

**Mailer Information**

Permit Holder's Name and Address and Emaill Address If Any
Alaniz LLC
425 N Iris Street
Mt. Pleasant, IA 52641-0799

Telephone (319) 385-7259

CAPS Cust Ref ID:

Dun & Bradstreet No.

Name and Address of Mailing Agent (If other than permit holder)
Alaniz LLC
425 North Iris Street
Mt. Pleasant, IA 52641-0799

Telephone

OPTIONAL PROCEDURES
NOT WEIGHTED IN BULK
NOTED [illegible] SECTION

Dun & Bradstreet No.

Name and Address of Individual or Organization for Which Mailing is Prepared (If other than permit holder)
Rhode Island Blue Cross
1300 Washington Square
Minneapolis, MN 55401

Dun & Bradstreet No.

**Mailing Information**

Post Office of Mailing: Mt. Pleasant IA 52641

Processing Category (DMM C050): Letters (DMM C050)

Mailing Date: 4/22/2005

Federal Agency Cost Code

Statement Seq. No.

Number of Containers: 2ft MM Trays 312; Pallets 6; Ttl Letter Trays 312

Permit Number: 2

Weight of a Single Piece: 0.0385 lbs

Total Pieces: 116,142

For Mail Enclosed Within Another Class: Periodicals, Bound Printed Matter, Library Mail, Media Mail, Parcel Post

If Sacking, Based On: N/A

Total Weight: 4,471.4670 lb

No. of pieces with Repositionable Notes attached: (DMM C810.7)

For Automation Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0)

For Enhanced Carrier Route Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0)

For Enhanced Carrier Route Rate Pieces, Enter Date of Carrier Route Sequecing (DMM M050.4.0)

Prepared Under DMM: M610 (Letters, Flats, Parcels) M810 (Automation Letters)

Receipt Number: 00055699

Reference Number: 503

Mailer's Department/Job No.: 8912-Lot 1

Description of Mail: Rhode Island Blue Cross#4

Destination: BMC DES MOINES, IA 50999

**Postage Computation (DMM P013)**

| Entry | | Discount | Pieces | Piece Rate | Postage |
|---|---|---|---|---|---|
| **CALCULATIONS** | | **Part A Automation Rates - Letters 3.3 oz. or less** | | | |
| None | A01 | 5-Digit Letter | 105,647 | 0.1900 | 20,072.9300 |
| None | A02 | 3-Digit Letter | 5,404 | 0.2030 | 1,097.0120 |
| None | A03 | AADC Letter | 901 | 0.2120 | 191.0120 |
| None | A04 | Mixed AADC Letter | 2,729 | 0.2190 | 597.6510 |
| | | | | Subtotal | 21,958.6050 |
| **CALCULATIONS** | | **Part B Presorted Rates - Letters 3.3 oz. or less** | | | |
| None | B01 | 3/5 Letter | 1,153 | 0.2480 | 285.9440 |
| None | B02 | Basic Letter | 308 | 0.2680 | 82.5440 |
| | | | | Subtotal | 368.4880 |

80610

Postmaster: Report total postage in AIC 130 — Total Pieces: 116,142 — Total Postage 22,327.09

USPS: Additional Postage Payment (State reason. Add amount to line above) $ — Total Adjusted Postage: $

**Certification**

The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the mailer, and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control.

The mailer hereby certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the rates and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation.

I understand that anyone who furnishes false or misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment. Privacy Notice: For information regarding our Privacy Policy visit www.usps.com.

Signature of Mailer or Agent

Name of Mailer or Agent: Matt Horton

Telephone Number

**USPS Use Only**

Single Piece Weight: .0385 pounds

Are figures at left adjusted from mailer's entries? Yes / No ✓

Total Pieces: 116,142 — Total Weight: 4471

If "Yes" Reason

Total Postage: 22,327.09

Check One: ✓ Presort Verification Not Scheduled / Presort Verification Performed as Scheduled

Date Mailer Notified

Contact

By (Initials)

Round Stamp (Required): MT. PLEASANT IA 52641 USPS APR 22 2005

I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage rate claimed; (2) proper preparation (and presort where required); (3) proper completion of postage statement; and (4) payment of required annual fee (if required).

Verifying Employee's Signature: Larry R Brunter

Verifying Employee's Name

Time: 1300 AM PM

United States Postal Service

# Postage Statement — Standard Mail Letters and Flats

**Permit Imprint**

Post Office Note Mail Arrival Time

For letters subject to the nonmachinable surcharge and pieces subject to the residual shape surcharge, use Form 3602-RS.

**Mailer Information**

Permit Holder's Name and Address and Email Address If Any — Telephone (319) 385-7259
Alaniz LLC
425 N Iris Street
Mt. Pleasant, IA 52641-0799

CAPS Cust Ref ID:

Dun & Bradstreet No.

Name and Address of Mailing Agent (If other than permit holder) — Telephone
Alaniz LLC
425 North Iris Street
Mt. Pleasant, IA 52641-0799

Dun & Bradstreet No.

Name and Address of Individual or Organization for Which Mailing is Prepared (If other than permit holder)
Rhode Island Blue Cross
1300 Washington Square
Minneapolis, MN 55401

Dun & Bradstreet No.

**Mailing Information**

Post Office of Mailing: Mt. Pleasant IA 52641
Processing Category (DMM C050): Letters (DMM C050)
Mailing Date: 4/22/2005
Federal Agency Cost Code:
Statement Seq. No.:
Number of Containers: 2ft MM Trays 280; Pallets 5; Ttl Letter Trays 280
Permit Number: 2
Weight of a Single Piece: 0.0390 lbs
Total Pieces: 99,968
For Mail Enclosed Within Another Class: Periodicals, Bound Printed Matter, Library Mail, Media Mail, Parcel Post
If Sacking, Based On: N/A
Total Weight: 3,898.7520 lb
No. of pieces with Repositionable Notes attached: (DMM C810.7)
For Automation Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0)
For Enhanced Carrier Route Rate Pieces, Enter Date of Address Matching and Coding (DMM A950.3.0)
For Enhanced Carrier Route Rate Pieces, Enter Date of Carrier Route Sequecing (DMM M050.4.0)

Prepared Under DMM: M610 (Letters, Flats, Parcels) M810 (Automation Letters)
Receipt Number: 00055700
Reference Number: 503
Mailer's Department/Job No.: 8912-Lot 3
Description of Mail: Rhode Island Blue Cross#5
Destination: BMC DES MOINES, IA 50999

**Postage Computation (DMM P013)**

| Entry | Discount | | Pieces | Piece Rate | Postage |
|---|---|---|---|---|---|
| **CALCULATIONS** | **Part A Automation Rates - Letters 3.3 oz. or less** | | | | |
| None | A01 | 5-Digit Letter | 90,463 | 0.1900 | 17,187.9700 |
| None | A02 | 3-Digit Letter | 4,779 | 0.2030 | 970.1370 |
| None | A03 | AADC Letter | 643 | 0.2120 | 136.3160 |
| None | A04 | Mixed AADC Letter | 2,814 | 0.2190 | 616.2660 |
| | | | | Subtotal | 18,910.6890 |
| **CALCULATIONS** | **Part B Presorted Rates - Letters 3.3 oz. or less** | | | | |
| None | B01 | 3/5 Letter | 982 | 0.2480 | 243.5360 |
| None | B02 | Basic Letter | 287 | 0.2680 | 76.9160 |
| | | | | Subtotal | 320.4520 |

80610

Postmaster: Report total postage in AIC 130 — Total Pieces: 99,968 — Total Postage 19,231.14

USPS: Additional Postage Payment (State reason. Add amount to line above) $ — Total Adjusted Postage: $

**Certification**

The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the mailer, and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control.

The mailer hereby certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the rates and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation.

I understand that anyone who furnishes false or misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment. Privacy Notice: For information regarding our Privacy Policy visit www.usps.com.

Signature of Mailer or Agent — Name of Mailer or Agent: Matt Horton — Telephone Number

**USPS Use Only**

Single Piece Weight: .0390 pounds
Are figures at left adjusted from mailer's entries? Yes ☐ No ☑
Total Pieces: 99,968 — Total Weight: 3899 — If "Yes" Reason
Total Postage: 19,231.14
Check One: Presort Verification Not Scheduled ☑ — Presort Verification Performed as Scheduled ☐
Date Mailer Notified — Contact — By (Initials) — Round Stamp (Required)

USPS MT. PLEASANT IA 52641 STA. APR 22 2005

I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage rate claimed; (2) proper preparation (and presort where required); (3) proper completion of postage statement; and (4) payment of required annual fee (if required).

Verifying Employee's Signature: Larry R Bruntz — Verifying Employee's Name — Time: 1300 AM PM

PS Form 3602-R Rev. 08/03 (Facsimile) MH — Financial Document - Forward to Financial Office

Statements for DAT-Mail v5.02.10.09 Window Book, Inc.

United States Postal Service

**Sender's Statement and Certificate of Bulk Maili of Matter Paid with Stamps or Meter Postage** (DI

Date 4/22/2005

1

ark,

| Fee for Certificate | |
|---|---|
| Up to 1000 Pieces | 4.5000 |
| Each Additional 1000 Pieces or Fraction | |
| Duplicate Copy | |

MT. PLEASANT IA 52641 STA 1 APR 22 2005 USPS

To Postmaster: Mt. Pleasant IA 52641

| Pieces | Class | Postage Each | Pieces/Pound | Pounds | Postage | Fee Paid |
|---|---|---|---|---|---|---|
| 42 | International | 0.8000 | | | 33.6000 | 4.5000 |

Mailed For:

Rhode Island Blue Cross
1300 Washington Square
Minneapolis, MN 55401

Mailed By:

Alaniz LLC
425 North Iris Street
Mt. Pleasant, IA 52641-0799

Per:

Matt Horton
8912-Lot 2 & 4

Postage paid by: STAMPS

Fees paid by: PERMIT 2
Mt. Pleasant IA 52641

Postmaster's Certification

It is hereby certified that the above-described mailing has been received and number of pieces and postage verified:

(Postmaster) By: Larry R Bennett

PS Form 3606 July 1996 (Facsimile)

Statements for DAT-Mail v5.02.10.09 Window Book, Inc.