# AFFIDAVIT OF PUBLICATION

**The Providence Journal**
**The Providence Sunday Journal**

**Published by The Providence Journal Company**
**Providence, Rhode Island 02902**

**State of Rhode Island**
**City and County of Providence**

On this 2nd day of May 20 05, before me, a Notary Public, duly qualified for said County and State, personally appeared Laurence Ricardo, Senior Sales Director, in the office of The Providence Journal Company, publishers of The Providence Journal, a newspaper published in the City of Providence by The Providence Journal Company, who, on being duly sworn, states that the advertisement of

Proposed Settlement
RI Blue Cross Blue Shield

a true copy of which is hereunto annexed, was duly inserted in **THE PROVIDENCE JOURNAL** in its issue of

Sunday May 1 & Monday May 2, 20 05,

Laurence Ricardo

Subscribed and sworn to before me this 2nd day of May, 20 05

Notary Public

My Commission expires: 1/5/06

# NOTICE OF PROPOSED SETTLEMENT OF RHODE ISLAND BLUE CROSS CLASS ACTIONS

**IF YOU WERE A BLUE CROSS & BLUE SHIELD OF RHODE ISLAND ("RI BLUE CROSS") SUBSCRIBER BETWEEN 1986 AND 2000, AND YOU DID NOT RECEIVE A MAILED NOTICE CONCERNING THE PROPOSED SETTLEMENT DESCRIBED BELOW, YOU SHOULD READ THIS NOTICE CAREFULLY.**

## Summary of Proposed Class Action Settlement

**A $17.5 million settlement of class action claims against RI Blue Cross will result in cash distributions of approximately $11 million to approximately 116,000 present and former RI Blue Cross subscribers. These distributions will be mailed in Summer 2005 if this settlement is approved by State and Federal Courts at a hearing in July. Approximately 180,000 other Class Members will receive no cash distribution. There is no way at present for you to know whether you are a Class Member, or whether you will receive a cash distribution; a check will automatically be sent to you if you qualify. You do not have to do anything to establish your eligibility; RI Blue Cross claim history records will be used. If you want to object to this settlement, read this entire notice carefully.**

***If you believe RI Blue Cross does not have your current home address, it would be a good idea to visit the settlement website (www.RIBlueCrossSettlement.com) or call the toll free number (1-888-337-5906) to register your current address. You will need your RI Blue Cross subscriber number to register a change of address.***

**Persons eligible to receive cash distributions from this settlement were sent individual notice by mail. However, in many cases the addresses available from RI Blue Cross are outdated, and it is possible that thousands of persons eligible to receive cash distributions did not receive the mailed notice. If you were a RI Blue Cross subscriber during the 1990s, and you had claims involving HealthMate, Classic Blue (Major Medical), SCRIP or Preferred Rx, you *may* be a Class Member. If your address has changed since then, visit the website (RIBlueCrossSettlement.com) and register your current home address.**

**WHAT THE LAWSUIT IS ABOUT:** The two lawsuits (one in federal court, one in state court) primarily challenge four things: (1) the manner in which percentage coinsurance (often called "copay") was calculated during the 1990s for certain services under HealthMate coverage; (2) the manner in which percentage coinsurance was calculated for prescription drugs under SCRIP and Preferred Rx coverage before 1998; (3) the way RI Blue Cross identified providers who "participated" with the "Major Medical" portions of Classic Blue coverage for services such as office visits; and (4) the manner in which certain Classic Blue "Major Medical" claims – mostly for routine office visits – were denied in the early 1990s. Much more information on these claims may be found at a website describing this settlement, **www.RIBlueCrossSettlement.com**. *RI Blue Cross denies it has done anything wrong or violated any law or contract provision with respect to any of the allegations in the two cases.*

**WHO IS AFFECTED BY THIS SETTLEMENT?** The full class descriptions are too lengthy to set out in this Notice. You may find the full descriptions in several documents posted at the settlement website, **www.RIBlueCrossSettlement.com**. Current and former RI Blue Cross employees are excluded from the Class, as are current and former employees of the Providence law firm Partridge Snow & Hahn LLP.

**WHAT ARE THE SETTLEMENT TERMS?** Under the compromise agreement, RI Blue Cross will pay $17.5 million into a Settlement Fund. After payment of Class Counsel's fees, costs. Class Representative awards, and the costs of administering this settlement, and amount estimated at $11 million will be distributed directly to certain Class Members. There is no need to file a claim Form in connection with this settlement. RI Blue Cross electronic records are sufficient to show who is and who in not entitled to a cash distribution. Cash distributions to eligible Class Members will be automatic, as long as RI Blue Cross has your address. Class Counsel will apply a mathematical formula to determine exactly how much of the settlement find will go t each individual Class Member. Approximately 116,000 Class Members will receive cash distributions, and average cash distribution per eligible Class Member will be $93. No distribution will be less than $10 or more than $1,500. Under the proposed Plan of Distribution, Class Members with adjusted damages of less than $20 will not receive a cash distribution. There are approximately 180,000 Class Members who fall into this category. ***Full details on the settlement and the manner in which individual distribution amounts will be determined can be viewed at the settlement website, www.RIBlueCrossSettlement.com.***

**FAIRNESS HEARING:** The Courts will hold a Fairness Hearing at 10 a.m. on July 15, 2005, at Courtroom 2 (Judge William Smith), United States District Court, John O. Pastore Federal Building, One Exchange Terrace, Providence, RI 02903. At this hearing, the Courts will consider whether the settlement is fair, reasonable and adequate. At this hearing, the lawyers for the Class will ask the Courts to award them a fee equal to 33 1/3% of the Settlement Fund, and will ask to be reimbursed for approximately $350,000 in funds they have expended prosecuting these cases during the past eight years. In addition, they will ask the Courts to award $25,000 each to the five named plaintiffs in the case, as well as lesser amounts for other Class Members who had some role in this litigation. The Courts will decide how much Class Counsel, Class Representatives, and Class Members will be paid. RI Blue Cross will oppose the proposed Class Representative and Class Member awards. *You are not required to attend the hearing, but may do so if you wish.* If you wish to speak, you will be allowed to do so. If there are objections, the Courts will consider them. After the hearing, the Courts will decide whether to approve the settlement.

**IF YOU WANT TO OBJECT TO THE SETTLEMENT:** If you believe you are a Class Member, you may object to the settlement if you don't like all or any part of it. To object, send a letter stating that you object to the *Blue Cross Class Action Settlement*, giving the reasons why you think the Courts should not approve the settlement. The Courts will consider your views. Mail your objection and all supporting documents to each of the attorneys and court clerks listed below no later than June 17, 2005. Objections received after the deadline might not be considered by the Courts. *On the copies to the Clerks of Court, include the case file number shown below the addresses of the Court Clerks listed below.*

| | | | |
|---|---|---|---|
| Wood R. Foster, Jr.<br>Siegel, Brill, Greupner, Duffy & Foster, P.A.<br>1300 Washington Square<br>100 Washington Avenue South<br>Minneapolis, MN 55401 | Melissa E. Darigan<br>Partridge, Snow & Hahn<br>180 South Main Street<br>Providence, RI 02903-7120 | Court Administrator<br>United States District Court<br>John O. Pastore Federal Building<br>One Exchange Terrace<br>Providence, RI 02903<br>**Case No. 96-275S** | Clerk of Court<br>Providence County Superior Court<br>250 Benefit Street<br>Providence, RI 02903<br>**Case No. PB96-2579** |