UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA96-275S** **July 15, 2005**

**TITLE: DURDEN V. BLUE CROSS BLUE SHIELD**

**DISTRICT JUDGE: WILLIAM E. SMITH**
**SUPERIOR COURT: JUDGE SILVERSTEIN**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 10:13 a.m. - 12:35 p.m.**

---

**COUNSEL PRESENT: Plaintiff - Amato A. DeLuca; Peter N. Wasylyk;**
**Wood R. Foster, Jr.; Miriam Weizenbaum**

**Defendant - Melissa Darigan; Steven E. Snow**

**RE: Settlement Fairness Hearing**

**Proceedings: All counsel of record present; Objections heard by the Court; Presentation heard by Attorney Foster/Snow; Arguments heard as to Application for Attorney Fees; Court asked that an Amended Order be presented to the Court by today (July 15, 2005); Attorney Foster to prepare the Amended Order; Settlement is Approved; Judgment shall enter as to each Courts, separately; Attorney Foster to prepare both Judgments.**