SCANNED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Dariusz Dziadkiewicz and Carl G. Durden, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross & Blue Shield of Rhode Island,<br><br>Defendant. | C.A. NO. 96-275S |

# FINAL JUDGMENT

In accordance with the Order of this Court entered on July 15, 2005 and attached hereto, constituting final approval of settlement in the above-captioned case, final judgment is entered.

Dated 7/15, 2005

[signature]
The Honorable William E. Smith
United States District Court Judge