UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Dariusz Dziadkiewicz and Carl G. Durden, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

vs.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

C.A. NO. 96-275S

STATE OF RHODE ISLAND

PROVIDENCE, S.C.

SUPERIOR COURT

Kerrigan Hanoian, Joseph Triangolo, and Terrence J. Kane, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,

Plaintiffs,

v.

Blue Cross & Blue Shield of Rhode Island,

Defendant.

CASE NO. 96-2579

**Notice of Filing Interim Reports**
**On Settlement Administration**

Pursuant to the direction of the presiding judges in the captioned matters, plaintiffs hereby submit for filing interim reports dated October 5, 2005 ("Exhibit A") and October 19, 2005 ("Exhibit B") dealing with the status of settlement administration as of October 20, 2005.

Dated: October 24, 2005.

Respectfully submitted,

By: ______________________

Amato A. DeLuca (#0531)
Miriam Weizenbaum (#5182)
**DeLUCA & WEIZENBAUM, LTD.**
36 Exchange Terrace
Providence, RI 02903
(401) 453-1500
(401) 453-1501 fax

Wood R. Foster, Jr.
Jordan M. Lewis
**SIEGEL, BRILL, GREUPNER & DUFFY, P.A.**
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401
(612) 337-6100
(612) 339-6591 fax

Peter N. Wasylyk (# 3351)
**Law Offices of Peter N. Wasylyk**
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730
(401) 861-6064 fax

**ATTORNEYS FOR PLAINTIFFS**

37-HSF-10/24/05-20370\002