LAW OFFICES

SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.

1300 WASHINGTON SQUARE
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401
TELEPHONE (612) 337-6100
FACSIMILE (612) 339-6591
E-MAIL ADDRESS: woodfoster@SBGDF.com

JOSIAH E. BRILL, JR.
JAMES R. GREUPNER
GERALD S. DUFFY
WOOD R. FOSTER, JR.
THOMAS H. GOODMAN
JOHN S. WATSON
WM. CHRISTOPHER PENWELL
ANTHONY J. GLEEKEL
SHERRI L. ROHLF
JORDAN M. LEWIS*
BRIAN E. WEISBERG
STEVEN J. WEINTRAUT
M. GREGORY SIMPSON
JAMES A. YAROSH

MICHAEL J. VIOLA
JERRIE M. HAYES
MARK THIEROFF
BREANNA L. YOUNG

*1845 WALNUT STREET
24TH FLOOR
PHILADELPHIA, PA 19103
(215) 814-9322
FAX (215) 814-9323

October 19, 2005

20370-FL-003

***VIA FACSIMILE***

The Honorable William E. Smith
U. S. District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Ms. Melissa Darigan
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903-7120

The Honorable Michael A. Silverstein
Associate Justice
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Re: **Administration of Blue Cross Class Action Settlement**

Dear Judges Smith and Silverstein and Ms. Darigan:

Given the conference call tomorrow morning, it seemed appropriate to bring everyone up to the moment in terms of the initial mailing.

While the entire process continues to occupy an inordinate amount of time in both my office and Mr. Wasylyk's, we are satisfied that every effort has now been made to locate first round distributees. Specifically:

- 2,375 checks were remailed shortly after they were received in our office with a post office sticker that actually provided the new address. Almost none of these have been returned undelivered.
- Of the 19,800 additional returned checks, all of which were submitted to "ListCleanUp.com," new addresses were received for approximately 3,525 class members, and all of those checks have been remailed.

EXHIBIT B

- An additional 100 checks or so have been sent to class members who notified us by telephone that they had not received their checks and who provided us with new addresses.

ListCleanUp.com informed us that approximately 3,000 persons in the list of 19,800 submitted to them appear on the national "deceased" database. This leaves approximately 12,000 checks (slightly under 10% of the 116,000 originally sent) undelivered and (in our opinion) undeliverable. National address specialists have informed us that in the best of cases, a 10% undeliverable rate is generally experienced in mass mailings of this kind, and that we did very well in this case, especially given the age of the addresses provided in many cases.

The recent publicity in Providence has resulted in a continuing onslaught of telephone calls to Mr. Wasylyk's office. Many callers simply want to know if they are scheduled to receive a check, and Mr. Wasylyk has information from which that question can readily be answered. Others require further attention, and Mr. Wasylyk is forwarding those calls to our office. Many calls involve checks payable to deceased persons; as I explained in my earlier letter, we are rewriting checks for spouses and children of deceased subscribers who send us a letter so stating, together with a death certificate and the original check. At this point we have approximately 65 such situations, and expect this number perhaps to double as family members obtain death certificates. Likewise, we have compiled a database of persons who have claimed that their checks were destroyed or lost, and will check with the bank to determine whether these checks have been cashed before replacing them.

With a handful of exceptions, all remailed checks have been in the hands of the post office since October 12. Accordingly, we intend to stick with the November 1 deadline for those checks. Each remailed check was accompanied by a brightly colored warning about the November 1 deadline. A new round of checks with a different deadline will be used for the lost checks, deceased member checks, etc.

We have made an "executive decision" with respect to the deceased member checks and others requiring special attention that these families will be "deemed" to have filed a claim for a second round distribution if they are so entitled.

When all of the "loose ends" from the first distribution have been completed, we will turn our attention to the Claim Forms for the second round, which will be much, much simpler. Virtually all of these will have a "good" address and all that needs to be done with them is to make a notation in our master database indicating that a claim form has been received.

Monies remaining in the settlement fund after all first round checks are cashed or voided by the passage of time will be divided pro rata (by "secondary damage amount") among those

claimants. We anticipate that this mailing will occur in January 2006. The amount distributed at that time will, in all likelihood, exceed $1 million, but will not exceed $2 million.

I look forward to answering your questions tomorrow morning.

Very truly yours,

Wood R. Foster, Jr.

WRF/hsf
cc: Peter Wasylyk
Amato DeLuca
Jordan Lewis