UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Dariusz Dziadkiewicz and Carl G. Durden, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Blue Cross & Blue Shield of Rhode Island,<br><br>Defendant. | C.A. NO. 96-275S |

STATE OF RHODE ISLAND SUPERIOR COURT

PROVIDENCE, S.C.

| | |
|---|---|
| Kerrigan Hanoian, Joseph Triangolo, and Terrence J. Kane, on behalf of themselves, persons claiming under their health plans, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross & Blue Shield of Rhode Island,<br><br>Defendant. | CASE NO. 96-2579 |

# Affidavit of Wood R. Foster, Jr.
# In Support of Motion for Approval of Final Disbursements

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Wood R. Foster, Jr., being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys for the certified class in the captioned matter.

2. The statements made in the Memorandum in Support of Motion for Approval of Final Disbursements and Final Report of Class Counsel are true to the best of my knowledge and belief. Where indicated, the report is necessarily dependent on information supplied by third parties, including class members, vendors, Mr. Wasylyk etc.

3. To the best of my knowledge, the following documents are accurately represented in the brief, and are correctly described as follows:

| | |
|---|---|
| **Attachment A** | Final Order Approving Settlement and Judgment dated July 15, 2006 |
| **Attachment B** | Letter dated October 5, 2005 from Wood R. Foster, Jr. to Melissa Darigan, Judge William E. Smith and Judge Michael Silverstein regarding problems associated with first distribution |
| **Attachment C** | Letter dated October 19, 2005 from Wood R. Foster, Jr. to Melissa Darigan, Judge William E. Smith and Judge Michael Silverstein regarding status of initial mailing |
| **Attachment D** | Letter dated February 7, 2006 from Wood R. Foster, Jr. to Melissa Darigan regarding second distribution |
| **Attachment E** | Wire transfer confirmation |
| **Attachment F** | Summary of reissued checks |
| **Attachment G** | IRS Private Ruling |
| **Attachment H** | Rhode Island Blue Cross Class Action Settlement Fund 2005 tax return |
| **Attachment I** | Blue Cross Settlement Trust Account statement dated June 2006 |

| | |
|---|---|
| **Attachment J** | Blue Cross Settlement Trust Account statement dated February 2006 |
| **Attachment K** | Blue Cross Settlement Trust Account summary |
| **Attachment L** | Blue Cross Settlement Trust Account statement dated January 2007 |
| **Attachment M** | First page of a ten page list prepared by Peter Wasylyk's office containing 500 class member names and phone numbers |
| **Attachment N** | List of additional calls forwarded from Peter Wasylyk's office to Siegel Brill |
| **Attachment O** | Sample page of notations made by Matt Duffy of class members who called the toll-free number |
| **Attachment P** | Siegel Brill's invoice dated December 31, 2005 |
| **Attachment Q** | Siegel Brill's invoice dated March 6, 2007 |
| **Attachment R** | Peter Wasylyk's summary request for reimbursement |
| **Attachment S** | DeLuca & Weizenbaum's May 5, 2006 itemized statement for services |
| **Attachment T** | Communications regarding recent requests for reissue that were denied |
| **Attachment U** | Web pages from three non-profit organizations suggested for charitable donation |

FURTHER AFFIANT SAITH NAUGHT

Wood R. Foster, Jr.

Subscribed and sworn to before me this
6th day of March, 2007

Heidi S. Furlong
Notary Public

HEIDI S. FURLONG
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

37-HSF-3/6/07-20370/002