The Providence Journal projo.com

# Rhode Island news

## No insurance? No co-pay? No problem

**01:00 AM EST on Sunday, February 25, 2007**

**By Felice J. Freyer**

**Journal Medical Writer**



Anna Silveria, right, of Providence, is examined by volunteer doctor Gus Manocchia at the Rhode Island Free Clinic, in Providence.

The Providence Journal / John Freidah

PROVIDENCE — Dr. Caroline A. Troise clearly remembers the first evening she volunteered to work at the Rhode Island Free Clinic. It was 1999, when the clinic was new and occupied a cramped corner of a building on Broad Street.

As she arrived, Troise saw something like 15 folding chairs against a wall, each occupied by a person who had been waiting hours to get in for health care.

"I was so impressed by the need," says Troise, whose day job is working as an internist at Anchor Medical Associates. "There are so many people who don't have any medical care."

In the eight years since, things have gotten better — and worse — as the good news of the Free Clinic's expansion exposes the bad news of growing need.

The number of uninsured people in Rhode Island has increased, up to an estimated 120,000. So has the number of people willing to volunteer at the clinic — and most recently, the number of square feet they

Case 1:96-cv-00275-S Document 299-2 Filed 03/26/2007 Page 2 of 5

have to work in.

The Rhode Island Free Clinic offers free care and medication to adults without health coverage, mostly on two evenings a week. Except for four paid administrative staffers, the clinic relies entirely on volunteer efforts and pays its bills entirely with donated money. Some 50 doctors and nurse practitioners, and more than 150 others volunteer on a regular basis. With the need outstripping capacity, patients are chosen in a monthly lottery.

This week, the clinic is celebrating its move (which actually occurred in October) from a windowless basement office up three flights of stairs to 6,500 square feet of newly renovated space, in the Hindle Building at 655 Broad St. An open house for the public will be held Wednesday from 5:30 to 7 p.m.

"We knew that we were turning away hundreds of patients every month," says Lisa Smolski, executive director, about the decision to move. "But we were also turning away volunteers because of a lack of space. We have a momentum going." Rather than risk losing that momentum, the clinic's board of directors decided to borrow money to make the move right away, and then raise money to pay it back.

The new place, triple the size of the previous space, features windows all around, seven exam rooms, five rooms for mental-health counseling, a kitchen for volunteers and a large kitchen in which a volunteer nutritionist teaches healthy eating.

Anna Silveria, of Providence, who was visiting the clinic last week, says she's one patient who benefited from that instruction. When she first appeared at the clinic, doctors discovered her blood pressure was through the roof and her weight was also way too high, putting her at high risk for heart disease or other costly and disabling problems.

Silveria says the clinic gave her blood-pressure medication and enrolled her in a nutrition class, taught by a volunteer nutritionist. "It showed you how you can get filled without overeating," Silveria says. Following that advice, Silveria lost 52 pounds.

"They're not only giving me what I need, but they explain it to me," she says. "It's a good program. It saved my life."

Silveria, 61, works as a housekeeper at a nursing home. Her employer offers health coverage, but it was too expensive for someone at her wage level. She is too young for Medicare, not poor enough for Medicaid.

Nearly half the clinic's patients are working people like Silveria. Many others have lost their insurance because they lost their jobs. Some are immigrants; some may be undocumented. Patients are asked for their Social Security numbers, but if they don't have one, they are not turned away. Half the patients speak Spanish.

Susan Plamondon, of Pawtucket, tried for months to get in the clinic, showing up again and again at the lottery used to select patients. She runs Colonial Flower Shop in Pawtucket, and her four-year-old business has not yet been making much money. Plamondon cannot afford health insurance, but she's 52, and worried about her health. She went to a health fair where they told her she had high blood pressure and might also have diabetes.

So she was pleased last fall when her name finally got pulled in the clinic's lottery.

Case 1:96-cv-00275-S Document 299-2 Filed 03/26/2007 Page 3 of 5

There she was relieved to learn that she didn't have diabetes and that her blood pressure had gone down. Meanwhile, she received care for a variety of other health problems. She saw a gynecologist, a dermatologist and podiatrist — who gave her a shoe insert that eased pain while walking.

"I'm extremely satisfied," Plamondon says. "I don't think the regular doctors could make me feel that good. They're so thorough and caring."

Sometimes she brings them flowers.

THE FREE CLINIC offers a different model of care from the state's network of community health centers, although they both serve the uninsured.

The 12 community health centers, including one with five sites in Providence, use state and federal money rather than volunteers. Patients pay for care on a sliding scale based on income, and medications are heavily discounted, but not free.

The health centers are open 40 to 50 hours a week, with weekend and evening hours, and most offer open-access scheduling, meaning that people can get an appointment the day they call or the next day. The health centers see 125,000 people a year, about 34,000 of them uninsured.

The Free Clinic, in contrast, is a much smaller operation. It has seen about 1,800 patients since it started in 1999, and lists 536 who have had an appointment in the past 18 months. It does not serve children or pregnant women, because it cannot provide the round-the-clock coverage needed to handle their often-urgent needs, and because most can get care through the state's RIte Care program.

The Free Clinic is open from 6 to 9 p.m. every Tuesday and Thursday, and on occasional afternoons and Monday or Wednesday nights.

Kerrie Jones Clark, executive director of the Rhode Island Health Center Association, says the health centers last year served just over a quarter of the state's uninsured people. "The health centers are definitely stressed," Clark says. "Anybody that is able and willing to see the uninsured — we're definitely in favor of them."

One drawback to the Free Clinic is that patients do not get to form a relationship with a single primary-care doctor. Because care comes from volunteers, patients see the doctor who happens to be there when they come in, and it may be a different doctor every time.

But the Free Clinic has advantages, Smolski says — particularly its ability to integrate an array of services, such as mental health and primary care. Additionally, Smolski says, the clinic has a large network for free specialty care: laboratory work donated by Rhode Island Hospital and Women & Infants Hospital, cardiology care donated by University Cardiology, and a limited number of free MRIs and CT scans donated by radiology groups.

"We are also able to get most of our patients free medications," she says, thanks to the work of volunteers and pharmacy students who sign patients up for assistance programs from the pharmaceutical companies.

Those who win the lottery can remain Free Clinic patients as long as they don't have insurance and don't qualify for a government program. Patients who obtain insurance are transitioned out of the clinic — often becoming patients of doctors who volunteer there.

Case 1:96-cv-00275-S Document 299-2 Filed 03/26/2007 Page 4 of 5

The Free Clinic got its start when Dr. Bruce M. Becker, an emergency physician at Rhode Island Hospital, brought the idea to Stephanie Danforth Chafee, a nurse and wife of former Sen. Lincoln Chafee. Chafee, who had left her job as an AIDS clinical research nurse and was pregnant with her third child, set to work using all her connections in health care. The big break came when Paul Fitzgerald, the head of an AIDS service agency, offered the clinic about 500 square feet of space in the Broad-Med building, for free.

"We had access to a telephone and copy machine, two exam rooms, a little office for medication," she says.

Flor Trespalacios, newly graduated from Brown University, was hired to get the clinic off the ground. "She was the spark that got it going," Chafee says.

"We didn't know if it would fly. We didn't know if we would get any patients."

That question was quickly answered: "We had no shortage from the second week of the clinic. … We just had a shortage of providers."

John Gillespie, then a senior vice president at the Lifespan hospital corporation, got involved. He took a Lifespan fund that had been handing out small, miscellaneous grants around the community and funneled it all to the clinic. Gillespie also recruited Smolski, who was working in the Lifespan development office, to serve as the clinic's executive director, starting in December 2000.

The clinic now has four paid staff members — a director, a clinical manager, a medical assistant and a secretary. And it has more than 200 volunteers, of whom 50 are doctors or nurse practitioners who provide primary care. Others work as interpreters, counselors and administrative people. Additionally, medical students, nursing students, pharmacy students and medical-assistant students rotate through, donating their services as part of their training. Local restaurants donate meals for the volunteers.

Gillespie says that "some of the best-known physicians in Rhode Island" volunteer at the clinic. "The clinic gives these physicians an opportunity to do what they were trained to do. They walk in, treat the patient, get to spend some time with the patient. There's not a set of rules they have to follow."

The annual budget is a little over $500,000 a year (of which $325,000 goes to rent). Some of the money comes from Lifespan, which pays the cost of 1½ positions at the clinic. The other employees are on the Lifespan payroll — which allows them to get Lifespan benefits — but the clinic reimburses Lifespan for their salaries.

In 2003, the clinic moved out of the BroadMed building and into the basement of the Hindle Building next to St. Joseph Hospital. It quickly outgrew that space, too, and began work on moving upstairs into a former physicians' office.

The entire floor had to be gutted and rebuilt, at a cost of just under $1 million. All the medical equipment was donated by Claflin, of Warwick. And all the non-medical furniture came from the Ikea discount furniture store in Stoughton, Mass. The Free Clinic staff spent two days and $15,000 shopping at Ikea, which shipped down more than 400 flat boxes of furniture needing assembly. Sixty-five volunteers put it all together in one day, with guidance from four Ikea staff members.

Troise, the volunteer doctor who now also serves at the clinic's volunteer medical director, says that experience exemplifies what she loves about the clinic. "It's really a community effort," she says. "The

whole community helps with this clinic."

CHAFEE, ONE OF the founders, remains active with the clinic, serving on the board of directors. She has two visions for its future: setting up a gym in the basement so patients can get in shape, and establishing a licensed pharmacy that, by working with the pharmaceutical companies, could provide free prescription drugs for uninsured people around the state.

Smolski, the executive director, acknowledges that sometimes she gets angry when she thinks about the need for her clinic — and how the need keeps growing even though the problem of the uninsured has been widely recognized for many years. But she feels better when she focuses on her work.

"This is a place where I feel I can make a difference," Smolski says. "That keeps the frustration level down."

Also. Smolski adds, "There's freedom to having no money."

"Because we don't have third-party payments and we don't have federal reimbursement — we don't have any money — it also gives us a certain freedom to develop new, innovative programs," Smolski says.

For example, the Free Clinic has been able to easily integrate mental health care with primary care, something that is arduous with insured patients because insurers separate and restrict mental health services. And what doctor's office has a full kitchen where patients can learn how to make healthy food?

"We want to start developing our capabilities as a site for a demonstration program and a site for research," Smolski says. eClinicalWorks has donated a system for electronic health records that the clinic will start to install in late March. "We will have all the pieces in place to really track outcomes and do research," she says.

Troise, the medical director, shares that feeling of freedom.

"I just want to practice medicine. I don't want to get a call five times from the pharmacist because they don't cover the medication," she says. At the Free Clinic, "I don't have to worry about the monetary aspects. You try to order good medicine, see the patient and give good care....

"In my mind, this is what I went to medical school for."

For more information about the Rhode Island Free Clinic, go to www.rifreeclinic.org.

ffreyer@projo.com