**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DARIUS DZIADKIEWICZ and CARL G. DURDEN,** on behalf of themselves, persons claiming under their health plans, and all persons similarly situated<br><br>**v.**<br><br>**BLUE CROSS & BLUE SHIELD OF RHODE ISLAND** | : | **C.A. No. 96-275S** |

---

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**PROVIDENCE, SC.** **SUPERIOR COURT**

| | | |
|---|---|---|
| **KERRIGAN HANOIAN, JOSEPH TRIANGOLO, and TERRENCE J. KANE,** on behalf of themselves, persons claiming under their health plans, and all persons similarly situated<br><br>**v.**<br><br>**BLUE CROSS & BLUE SHIELD OF RHODE ISLAND** | : | **C.A. No. PB 96-2579** |

**ORDER**

Before the above-named Courts is the Plaintiffs' Motion for Approval of Final Disbursements in the pending class actions, to which a partial objection has been made by Defendant Blue Cross & Blue Shield of Rhode Island.

After consideration of the arguments advanced by counsel in their memoranda and during the telephonic hearing conducted on April 3, 2007,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Plaintiffs' Memorandum in Support of Motion for Approval of Final Disbursements and Final Report of Class Counsel, dated March 6, 2007, is hereby approved except as modified by the following paragraphs.

2. Payments to class members are approved and ordered in the amount of $1,475.73, as itemized on page 11 of the aforementioned memorandum.

3. A payment of approximately $421 is approved and ordered to be paid to the class member as described in the transcript of the April 3, 2007 hearing.

4. The following fees and expenses are approved and ordered to be paid:

   - $ 7,070.95 to Siegel, Brill, Greupner, Duffy, & Foster, P.A. for expenses;
   - $ 804.50 to DeLuca & Weizenbaum for costs;
   - $ 77,390.00 to Law Offices of Peter N. Waslyk for reimbursement of hirees;
   - $ 4,271.00 to Law Offices of Peter N. Waslyk for expenses.

5. The sum of $2,000 shall be set aside for the purpose of paying for the preparation of the 2006 and 2007 tax returns associated with settlement administration.

6. All other requests for approval of fees and expenses are denied.

7. After accounting for payment of the items listed in paragraphs 2, 3, 4, and 5, the Court approves and orders that the remaining settlement funds on hand, including the $50,000 plus interest in the charitable donation fund, be paid to the Rhode Island Free Clinic.

8. After the payments and disbursements have been made as indicated above, class counsel shall file an affidavit indicating compliance herewith, at which point they shall be discharged from their duties.

9. Except as aforesaid, no further payments or disbursements shall be made, nor shall any further claims be honored.

ENTER:

William E. Smith
United States District Judge
Date: 4/10/07

By Order

Clerk

ENTER:

Michael A. Silverstein
Associate Justice, Rhode Island Superior Court
Date: 4/9/07

By Order

Clerk